Jennifer L. Keller, SBN 84412
jkeller@kelleranderle.com
Nahal Kazemi, SBN 322026
nkazemi@kelleranderle.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
T: (949) 476-8700
F: (949) 476-0900

Attorneys for Plaintiff,
CITY OF COSTA MESA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CITY OF COSTA MESA AND KATRINA FOLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, THE UNITED STATES DEPARTMENT OF DEFENSE, THE UNITED STATES AIR FORCE, THE CENTERS FOR DISEASE CONTROL AND PREVENTION, THE STATE OF CALIFORNIA, FAIRVIEW DEVELOPMENTAL CENTER (FAIRVIEW), THE CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES, and THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES,<br><br>Defendants. | Case No.  8:20-cv-368<br><br>**DECLARATION OF NAHAL KAZEMI IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION** |

I, Nahal Kazemi, declare as follows:

1. I am senior counsel at Keller/Anderle LLP, counsel of record for Plaintiff City of *Costa Mesa in City of Costa Mesa vs. United States, et al.* I have personal knowledge of the information stated below and could testify to it under oath.

2. Attached as **Exhibit 1** is a true and correct copy of the email that I sent to the United States Attorney's Office for the Central District of California on February 21, 2020 at 3:19 p.m., informing that office of the City's intent to file this application for a temporary restraining order.

3. Attached as **Exhibit 2** is a true and correct copy of the email that I sent to the California State Attorney General's Office on February 21, 2020 at 3:37 p.m., informing that office of the City's intent to file this application for a temporary restraining order.

4. Attached as **Exhibit 3** is a true and correct copy of the White House's January 31, 2020 Proclamation on Suspension of Entry as Immigrants and Nonimmigrants of Person who Pose a Risk of Transmitting 20198 Novel Coronavirus, downloaded from: https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-nonimmigrants-persons-pose-risk-transmitting-2019-novel-coronavirus/.

5. Attached as **Exhibit 4** is a true and correct copy of a February 5, 2020 article posted by Thomson Reuters World News, entitled "Data suggests virus infections under-reported, exaggerating fatality rate," downloaded from: https://www.reuters.com/article/us-china-health-deaths/data-suggests-virus-infections-under-reported-exaggerating-fatality-rate-idUSKBN1ZZ1AH.

6. Attached as **Exhibit 5** is a true and correct copy of a February 9, 2020 reprint by MedRxIv of an article entitled "Clinical characteristics of 2019 novel corona virus infection in China," downloaded from: https://www.medrxiv.org/content/10.1101/2020.02.06.20020974v1.

7. Attached as **Exhibit 6 is** a true and correct copy of a February 11, 2020 article posted by the Central for Disease Control and Prevention, entitled "How COVID-19 Spreads," downloaded from: https://www.cdc.gov/coronavirus/2019-ncov/about/transmission.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2Fabout%2Ftransmission.html.

8. Attached as **Exhibit 7** is a true and correct copy of a February 11, 2020 article posted by the Central for Disease Control and Prevention, entitled "Interim Infection Prevention and Control Recommendations for Patients with Confirmed Severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) or Persons Under Investigation for SARS-CoV-2 in Healthcare Settings," downloaded from: https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control.html.

9. Attached as **Exhibit 8** is a true and correct copy of a February 12, 2020 article posted by the Central for Disease Control and Prevention, entitled "Interim Clinical Guidance for Management of Patients with Confirmed 2019 Novel Coronavirus (2019-nCoV) Infection," downloaded from: https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html.

10. Attached as **Exhibit 9** is a true and correct copy of a February 12, 2020 article posted by CNN World News, entitled "How can the coronavirus spread through bathroom pipes in Hong Kong?" downloaded form: https://www.cnn.com/2020/02/12/asia/hong-kong-coronavirus-pipes-intl-hnk/index.html.

11. Attached as **Exhibit 10** is a true and correct copy of a February 13, 2020 article posted by Business Insider, entitled "The largest study of coronavirus patients so far suggests it could take up to 24 days after exposure for symptoms to

show," downloaded from: https://www.businessinsider.com/wuhan-coronavirus-symptoms-24-days-after-infection-2020-2.

12. Attached as **Exhibit 11** is a true and correct copy of a February 14, 2020 article posted by The Epoch Times, entitled "Coronavirus in China: Epidemic Reporter Laurie Garrett Explains the Tough Realities & the Possibility of a Global Pandemic," downloaded from: https://www.theepochtimes.com/coronavirus-in-china-epidemic-reporter-laurie-garrett-explains-the-tough-realities-the-possibility-of-a-global-pandemic_3238895.html.

13. Attached as **Exhibit 12** is a true and correct copy of a February 20, 2020 article posted by The Washington Post, entitled "Coronavirus-infected Americans flown home against CDC's advice," downloaded from: https://www.washingtonpost.com/health/coronavirus-diamond-princess-cruise-americans/2020/02/20/b6f54cae-5279-11ea-b119-4faabac6674f_story.html.

14. Attached as **Exhibit 13** is a true and correct copy of a February 21, 2020 article posted by NBC News, entitled "Can the coronavirus be spread by people who don't have symptoms?" downloaded from: https://www.nbcnews.com/health/health-news/can-coronavirus-be-spread-people-who-don-t-have-symptoms-n1140106.

15. Attached as **Exhibit 14** is a true and correct copy of a February 21, 2020 article posted by NBC News, entitled "Coronavirus updates: South Korea reports big jump in cases, virus spreading in Chinese prisons," downloaded from: https://www.nbcnews.com/news/world/coronavirus-update-south-korea-reports-big-jump-cases-virus-spreading-n1140201.

16. Attached as **Exhibit 15** is a true and correct copy of a February 21, 2020 article posted by The New York Times, entitled "Coronavirus Cases in the United States Reach 34, and More Are Expected," downloaded from: https://www.nytimes.com/2020/02/21/health/coronavirus-cases-usa.html?action=click&module=Alert&pgtype=Homepage.

17. Attached as **Exhibit 16** is a true and correct copy of a February 21, 2020 article posted by The New York Times, entitled "Coronavirus Live Updates: Fears of Global Spread as Cases Accelerate in Iran and South Korea," downloaded from: https://www.nytimes.com/2020/02/21/world/asia/china-coronavirus.html#link-378d7294.

18. Attached as **Exhibit 17** is a true and correct copy of the World Health Organization's publication of daily "Situation Reports," downloaded from: https://www.who.int/emergencies/diseases/novel-coronavirus-2019/situation-reports.

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge and recollection.

Executed on February 21, 2020.

                                        */s/ Nahal Kazemi*
                                         Nahal Kazemi