# DECLARATION OF DR. MICHAEL BELL
# US DEPARTMENT OF HEALTH AND HUMAN SERVICES
# CENTERS FOR DISEASE CONTROL AND PREVENTION

I, Michael Bell, MD, declare that:

1) I am the Deputy Director of the Division of Healthcare Quality Promotion (DHQP), Centers for Disease Control and Prevention (CDC). CDC is an agency within the U.S. Department of Health and Human Services. The mission of DHQP is to protect patients; protect healthcare personnel; and promote safety, quality, and value in both national and international healthcare delivery systems.

2) I have served in this capacity since 2011. My duties include coordinating guidance and research related to infection control across the agency and with national and international partners, developing and disseminating evidence-based guidelines and recommendations to prevent and control healthcare-associated infections, and evaluating the impact of evidence-based recommendations and interventions across the spectrum of healthcare delivery sites.

3) I received a Bachelor of Science in biology and microbiology as well as a medical degree from the University of Washington. I completed my internship and residency in internal medicine at University of Colorado Health Sciences Center. I completed a clinical fellowship in infectious diseases at the University of California San Francisco, postdoctoral research in virology and immunology, as well as postdoctoral training in field epidemiology and applied public health.

4) I base my observations and conclusions on the best-available information to date, including my observation of recognized COVID-19 cases in the United States, and experience reported from a range of international settings.

5) COVID-19 is caused by a novel (new) coronavirus, SARS-CoV-2, that was identified as the cause of an outbreak of respiratory illness in Wuhan, Hubei Province, China in January 2020.

6) Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals, including camels, cats and bats. Animal coronaviruses are capable of evolving and infecting people and then spreading between people, as occurred with Middle East respiratory syndrome (MERS) and severe acute respiratory syndrome (SARS).

7) Currently, risk of infection has been observed with prolonged, unprotected close contact with a person with symptomatic COVID-19 infection, and with travel to China, especially Hubei Province, during the epidemic period.

8) The Diamond Princess cruise ship presented a challenging and unique environment from an infection control standpoint. Some of the conditions encountered on the cruise ship included potentially infected crew members not being able to fully quarantine given their shared sleeping arrangements and continued work duties on board ship, quarantine occurring on a ship that was not disinfected prior to initiation of quarantine, and the exposure of large numbers of passengers and crew by a source patient that was unrecognized for several days, leading to a large number of new infections identified after quarantine was implemented. These circumstances would not be applicable to a facility in the United States such as the Fairview Developmental Center.

9) How a virus spreads from person-to-person varies with the specific virus. Some viruses, like measles, spread rapidly over long distance; other viruses, including corona viruses, require close contact with an infectious person. The virus that causes COVID-19 has spread extensively within communities in China; however, in the United States, spread from person-to-person has been observed only among a few close contacts and widespread community transmission has not been observed to date.

10) The time between an individual having contact with an infectious person and developing signs or symptoms of illness is called the incubation period. Based on the incubation period for other Coronaviruses, the COVID-19 incubation period estimates range from 2-14 days. This is the rationale for the 14-day observation period currently applied to exposed individuals being quarantined.

11) COVID-19 infections have demonstrated a wide range of illness severity, from few if any symptoms to severe pneumonia and death. Whether and to what extent individuals without obvious symptoms are able to transmit infection to others is currently undetermined.

12) Patterns of infection, such as seen with measles and chicken pox, that reflect transmission of infection over long distances through the air, or through HVAC systems, have not been observed with COVID-19.

13) Although speculation in China has included concerns regarding sanitary sewer systems, there has been no indication of plumbing as a contributor to transmission in the United States.

14) The observed pattern of spread for COVID-19 is consistent with person-to-person transmission between people who are in close proximity with one another (within about 6 feet) such that susceptible individuals are exposed to respiratory secretions of the infected individual, e.g., from coughs and sneezes, or from sharing utensils.

15) Respiratory droplets (i.e., sprays) produced when an infected person coughs or sneezes can land in the eyes, mouths or noses of people who are nearby or possibly be inhaled into the lungs at close range.

16) Source control, i.e., placing a mask on the ill individual, has been shown to be very effective in preventing the release of respiratory droplets and reducing exposure of nearby

individuals. Ill individuals should wear a mask whenever another person is in the room with them, or when they are outside of their isolation area, e.g., to go to a doctor's office.

17) Items and surfaces, e.g., used tissues and bathroom surfaces, in a room where an infected person resides can have respiratory secretions on them. When handling those items, if an individual does not adhere to good hand hygiene practices, they can deliver infectious virus to their eyes, nose or mouth, leading to infection.

18) Not all patients infected with COVID-19 require hospital admission. Patients whose clinical illness warrants supportive medical care should be admitted to a hospital, where appropriate isolation precautions should be applied to prevent transmission to healthcare personnel, whose work requires frequent, prolonged close contact to provide patient care.

19) Isolation precautions also prevent transmission to other patients, e.g., by ensuring that the hands of healthcare personnel are cleaned before any patient contact, and that any shared equipment is correctly cleaned and disinfected before use for another patient. The decision regarding whether to monitor these patients in the inpatient or home setting should be made based on clinical indication on a case-by-case basis.

20) Patients whose illnesses do not require hospital care can be isolated in a non-healthcare setting, outside of a hospital, depending on the patient's ability to adhere to isolation and monitoring requirements, access to food and routine medications, the availability of dedicated bedroom and bathroom facilities for the isolated individual and the ability to ensure that any high risk household members, e.g., the elderly, will not be in a room with the isolated individual.

21) The patient and any caregivers should have training and material for use of recommended personal protective equipment (e.g., gloves, and facemask) and be capable of adhering to precautions recommended as part of home care and isolation (e.g., respiratory hygiene and cough

etiquette, hand hygiene). The location should be supplied with materials (e.g., household cleaning wipes or spray cleaner and paper towels) for routine surface cleaning of the room(s) and bathroom that are dedicated to the isolated patient.

22) Waste from an isolated person, including used cleaning supplies, gloves, masks, and tissues, does not require special disposal and should be discarded in a hygienic manner with prompt attention to hand hygiene after handling.

23) If a patient requires medical assessment for COVID-19 related or non-COVID-19 related conditions, the patient should put on a facemask before leaving their isolation room and keep the mask on while being assessed.  The healthcare facility should be notified in advance of the patient's arrival in order to allow time to prepare an appropriate location for assessment of the patient.  The patient should be evaluated in an airborne infection isolation room, if available.

24) If an airborne infection isolation room is not available at the healthcare facility, the patient should be placed in a private room with the door kept closed. The air from that room, if returned to the facility, should ideally be high-efficiency particulate filtered. Personnel entering the room should use Standard Precautions, Contact Precautions, Airborne Precautions, and use eye protection (e.g., goggles or a face shield).

25) Healthcare personnel working with suspected or confirmed COVID-19 patients should use Standard Precautions, Contact Precautions, Airborne Precautions, and use eye protection (e.g., goggles or a face shield).

26) In accordance with 28 U.S.C. § 1746, I declare, under penalty of perjury, that the above information is true and correct to the best of my knowledge and belief.

Signed this 23th day of February 2020.

_____
Michael Bell, MD
Deputy Director
Division of Healthcare Quality Promotion
Centers for Disease Control and Prevention