<u>DECLARATION OF KEVIN SCOTT YESKEY, MD</u>
<u>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES</u>
<u>OFFICE OF THE ASSISTANT SECRETARY FOR PREPAREDNESS AND</u>
<u>RESPONSE</u>

I, KEVIN SCOTT YESKEY, MD, make the following declaration under 28 U.S.C. § 1746:

1)      I submit this Declaration in support of the United States Government's opposition to an Application for a Temporary Restraining Order.

2)      I am the Principal Deputy Assistant Secretary for Preparedness and Response for the Office of the Assistant Secretary for Preparedness and Response (ASPR) within the Office of the Secretary of the U.S. Department of Health and Human Services (HHS).  In that capacity, I oversee the operational programs conducted by ASPR including the National Disaster Medical System and the Incident Management Framework, and serve as a senior advisor to the ASPR during deployments of ASPR personnel.  I have served in my current position since 2018.

3)      I have been board certified in emergency medicine for over 30 years. I have spent more than 24 years as a physician in the U.S. Public Health Service (USPHS), and retired as a Captain.  In my PHS career, I have served in various agencies of HHS, including the Indian Health Service, the Health Resources and Services Administration, and the CDC.  From 1986 to 1999, I was a member of an

- 1 -

HHS Disaster Medical Assistance Team of the National Disaster Medical System, serving as Team Commander from 1993-1999. I was the Chief Medical Officer for the National Disaster Medical System from 1998 to 1999, and also served as the Medical Policy Advisor to Federal Emergency Management Agency (FEMA) Operations prior to retiring from the PHS. From 2007 to 2012, I was the Principal Deputy Assistant Secretary for Preparedness and Response and Director of the Office of Preparedness and Emergency Operations for ASPR.

4) I make this Declaration based upon my personal knowledge, education, training, experience and review of official records of HHS.

5) Under section 2801 of the Public Health Service (PHS) Act, 42 U.S.C. § 300hh, the HHS Secretary leads all Federal public health and medical response to public health emergencies and incidents covered by the National Response Framework developed pursuant to section 502(6) of the Homeland Security Act.

6) Under section 2811 of the PHS Act, 42 U.S.C. § 300hh-10, ASPR carries out duties of the HHS Secretary to prepare for and respond to public health emergencies. The Secretary declared COVID-19 to be a public health emergency as of January 27, 2020.

7) Among other duties under section 2811 of the PHS Act, ASPR is charged with coordinating with relevant Federal officials to ensure integration of Federal preparedness and response activities for public health emergencies, and

with coordinating with state, local and private health officials and others to ensure effective integration of Federal public health and medical assets during a public health emergency.  42 U.S.C. § 300hh-10(b).

a.      In that capacity, the ASPR coordinates public health emergency response with other components of HHS, including the Centers for Disease Control and Prevention (CDC), and with other federal agencies, such as FEMA of the Department of Homeland Security (DHS), the Department of State (DOS), and the Department of Defense (DOD), and coordinates the Federal response with state and local officials and health care providers, such as the state and local health departments and local hospitals and health care facilities.

8)      Beginning on February 14, 2020, ASPR, in coordination with DOS, DOD and CDC, arranged for evacuation of 178 Americans from the Diamond Princess Cruise Ship harbored in Japan to the Travis Air Force Base in Fairfield, California.  Sixty-seven of these evacuees are California residents, including Orange County residents.

9)      These evacuees are under federal quarantine orders because of a reasonable belief that they were exposed to COVID-19 virus while onboard the Diamond Princess.

10)     The quarantine is imposed pursuant to section 361 of the PHS Act, 42 U.S.C. § 264 and HHS implementing regulations at 42 CFR parts 70 (interstate)

and 71 (foreign), in particular at 70.6, 71.32(a), and 71.33.  Quarantine applies to exposed persons who may become ill.  Isolation applies to infected persons who have been determined to have the disease.

11)     The incubation and quarantine period for COVID-19 is 14 days, counted from when the evacuees arrived into the U.S. on or about February 16, 2020.

12)     Of the 178 evacuees who were brought to Travis Air Force Base from Japan, 156 are at Travis as of February 22, 2020. Some of the evacuees were transferred to hospitals in Spokane, Washington and Omaha, Nebraska; and some were transferred to local California hospitals.  67 of the evacuees remaining at Travis are California residents, including residents of Orange County.

13)     The evacuees at Travis Air Force Base are asymptomatic, meaning that they have no symptoms of infection with COVID-19 virus.  However, these individuals can still become ill during the incubation period and are therefore under quarantine.  The individuals housed at Travis Air Force Base have had a negative COVID-19 test result from the Government of Japan or CDC, or do not have final test results.

14)     In coordination with CDC and DOD, ASPR has established the following protocol for evacuees housed at Travis Air Force Base.  While at the

Base under a federal quarantine order, HHS medical staff will evaluate and provide medical care.

15)     If an individual presents with COVID-19 symptoms, the individual will be transported by local ambulance, with appropriate protections, to a nearby health care facility where he or she will be evaluated and tested for COVID-19 virus based on CDC criteria.

16)     Under DOD policy, individuals who test positive for COVID-19 virus may not remain at Travis Air Force Base.  Pursuant to Section 2815 of the National Defense Authorization Act for Fiscal Year 2017, DOD must certify that the support it provides to other agencies will not negatively affect military training, operations, and readiness for affected military installations.  However, the personnel, operations, and resources required to monitor individuals who test positive for COVID-19 virus are greater than that required to maintain individuals who test negative for COVID-19 virus.  Those additional resources and operational presence pose a greater potential disruption to DOD facility operations than the lesser resources and personnel needed for a group with no confirmed positives.

17)     As of February 22, 2020, 15 individuals were routed directly to hospitals around Travis Air Force Base upon arrival in California.  Eleven of the hospitalized individuals had positive COVID-19 virus tests from the Government

of Japan and the other four have positive tests that have not yet been confirmed by laboratory testing but are under investigation.

18)   If an individual transported to a health care facility from Travis Air Force Base tests negative at the hospital, the individual would be discharged and sent back via ambulance to Travis Air Force Base to finish out the remainder of the quarantine order.  An individual who tests positive for COVID-19 virus while at the health care facility is provided supportive care.

19)   Once the individual is ready to be discharged, pursuant to DOD policy, the individual would not return to Travis Air Force Base.  Instead, these California residents would be transferred to a site identified by the State of California, if such site is approved, for continued medical monitoring. These individuals remain isolated until they have 2 negative tests 24 hours apart, and are considered ready for discharge after consultation with their medical provider and public health officials.

20)   Not all patients with positive COVID-19 virus test results require continuing hospital admission. Patients whose clinical illness warrants supportive medical care should be admitted to a hospital, where appropriate isolation precautions should be applied to prevent transmission to healthcare personnel, whose work requires frequent, prolonged close contact to provide patient care.

21)     Patients whose illnesses do not require hospital care can be isolated in a non-hospital setting, depending on the patient's ability to adhere to isolation and monitoring requirements, access to food and routine medications, the availability of dedicated bedroom and bathroom facilities for the isolated individual and the ability to ensure that any high risk household members, e.g., the elderly, will not be in a room with the isolated individual.

22)     ASPR has been coordinating with the Governor's Office of the State of California to identify a location to house California residents who test positive, but do not require hospital care.

23)     On February 21, 2020, California identified the Fairview Developmental Center in Costa Mesa California as a potential location and asked HHS to work with State officials from the California Emergency Services Department to assess the site with plans to establish a location to accept and house persons with positive test for COVID-19 virus who do not require hospital care. An initial on-site evaluation of the facility by HHS personnel was conducted on the afternoon of February 21, 2020 and an evaluation of the suitability of the site, including preliminary planning activities to provide necessary services, is ongoing as of February 23, 2020.

24)     A final determination of whether to move forward and occupy the Fairview Developmental Center has not yet been made as of February 23, 2020.

25)     All facilities housing quarantined or isolated individuals are required to meet CDC guidance and procedures for the treatment, care, movement, security, personal protective equipment and cleaning and decontamination of all personnel, facilities, and equipment involved in operations.

26)     If a decision is made to house individuals at Fairview, once an individual has been provided supportive care and is able to be discharged from the hospital, HHS would transport that individual to Fairview Developmental Center via air ambulance.  HHS would provide the support at Fairview in the form of security and potential fencing, onsite 24-hour medical care including primary care, monitoring for symptoms of COVID-19, mental health and supportive care, wrap-around services, food, cleaning, sanitation, and case management and logistics for departure.  Any individual who becomes ill from COVID-19 virus during this period at Fairview and requires hospitalization would be transported via ambulance or other appropriate vehicle, using appropriate personal protective equipment, to a local hospital.

27)     The protocol is designed to separate those individuals who test positive from other quarantined individuals, and to maintain individuals who test positive in isolation, to control further spread of COVID-19 virus.

28)     Finding a suitable location to house evacuees who test positive for COVID-19 virus is a matter of urgency, based on the need to have evacuees from

the Diamond Princess, whether or not testing positive, serve out their quarantine or isolation in a managed facility.  Estimates of potential positive test results from this group of evacuees range from 10 percent to as high as 30 percent.

29)    Forcing multiple hospitals in the community to hold these persons, who do not require hospital level of care, is not a desirable alternative.  That practice unnecessarily burdens the local healthcare system and occupies valuable treatment space that could be used to treat others, who do require the level of care provided only in a hospital setting.

30)    A hospital is not a superior isolation location for these persons who do not require hospital care.  For example, currently there is a limited number of hospital beds available for individuals suffering with seasonal influenza.  Filling scarce hospital beds with evacuees instead of ill influenza patients harms public health and the communities that these hospitals serve.

31)    The other alternative is to place these individuals in home quarantine or isolation.

32)    Home quarantine or isolation has been a CDC recommendation that has been employed in California for persons arriving via commercial airliner service, and throughout the country.  Seventeen individuals arriving via commercial airline have been detected with positive test results in California, Massachusetts, Washington State, Illinois, Arizona, Wisconsin, and Texas, and

have been referred to home quarantine or isolation in communities throughout the United States.

33)     However, if the larger number of California residents evacuated from the Diamond Princess were released for home quarantine or isolation, these individuals would be widely distributed throughout California in numerous communities, without close and continued monitoring or immediate referral for treatment, as needed, and without transport using appropriate personal protective equipment and necessary precautions.

34)     Placing individuals with positive test results in the Fairview facility for the purposes of close monitoring and referral for necessary treatment will provide the greater protection for the evacuees and for the local community. Housing these individuals with positive test results in a facility provides for maximal medical oversight for these individuals.

35)     As stated above, individuals in the Fairview facility would receive onsite 24-hour medical care, including primary care, monitoring for symptoms of COVID-19, mental health and supportive care, wrap-around services, food, cleaning, sanitation, security, and case management.

36)     Any individual who becomes ill from COVID-19 virus would be transported via ambulance, using appropriate personal protective equipment, to a local hospital.  Placing individuals in Fairview would provide greater protection to

the community and to the public health than hospitalization or home isolation as quarantine alternatives.

37)    Should the assessment of the Fairview site indicate that it meets or exceeds guidance set out by the CDC, it is the intent of HHS to work with the State of California to establish a residential unit for these persons to serve out their isolation in a safe, secure, well monitored, and medically supported manner.

In accordance with 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Signed this 23rd day of February 2020.

Dr. Kevin Yeskey
Principal Deputy Assistant Secretary for
Preparedness and Response
U.S. Department of Health and Human
Services
Washington, D.C.