XAVIER BECERRA
  Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
BENJAMIN G. DIEHL
CAROLINE C. LAM
DARIN WESSEL
MICHAEL E. BYERTS
Deputy Attorneys General
  State Bar No. 218946
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6266
  Fax:  (213) 897-2805
  E-mail:  Michael.Byerts@doj.ca.gov
*Attorneys for the State of California; the California Governor's Office of Emergency Services, and the California Department of General Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **CITY OF COSTA MESA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>Defendants. | Case No. 8:20-cv-00368-JLS (JDE)<br><br>**CERTIFICATE OF SERVICE - STATE OF CALIFORNIA DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

1

I, Darin L. Wessel, declare:

On February 23, 2020, I electronically filed the below listed documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system:

1.     CALIFORNIA DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;

2.     DECLARATION OF DR. MARK GHALY IN SUPPORT OF STATE OF CALIFORNIA DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;

3.     DECLARATION OF ERIC LAMOUREUX IN SUPPORT OF STATE OF CALIFORNIA DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE; and

4.     DECLARATION OF DANIEL C. KIM IN SUPPORT OF STATE OF CALIFORNIA DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 23, 2020, at San Diego, California

/s Darin L. Wessel

2