1  MICHELLE STEEL, CHAIRWOMAN
   ANDREW DO, VICE CHAIR
2  333 West Santa Ana Boulevard
   Santa Ana, California 92701
3  (714) 834-32200

4

5                  **UNITED STATES DISTRICT COURT**

6                       **CENTRAL DISTRICT**

7

8  CITY OF COSTA MESA AND KATRINA        )  Case No. 8:20-cv-00368-JLS-JDE
   FOLEY,                                )
9                                        )  **AMICUS BRIEF OF CHAIRWOMAN**
                  Plaintiffs,            )  **MICHELLE STEEL AND VICE CHAIR**
10                                       )  **ANDREW DO IN SUPPORT OF**
        vs.                              )  **APPLICATION FOR TEMPORARY**
11                                       )  **RESTRAINING ORDER**
   UNITED STATES OF AMERICA, et al..,    )
12                                       )
                  Defendants.            )
13                                       )
                                         )  Hearing Date: February 20, 2020
14                                       )  Time:  2:00 p.m.
                                         )
15                                       )
                                         )
16                                       )
                                         )
17                                       )
                                         )
18                                       )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24  _____ )

25

26

27

28

AMICUS BRIEF OF CHAIRWOMAN AND VICE CHAIR OF THE BOARD OF SUPERVISORS

I. IDENTITY AND INTEREST OF AMICI CURIAE

Amicus Curiae, Chairwoman Michelle Steel and Vice-Chair Andrew Do of the Orange County Board of Supervisors, are constitutionally elected officials for the County of Orange, sworn to enforce the Constitutions of Defendants UNITED STATES OF AMERICA and STATE OF CALIFORNIA.  Chairwoman Steel represents District 2, which includes the City of Costa Mesa.  Vice-Chair Andrew Do represents District 1, which includes the largest population of Americans of Asian descent who have substantial business and familial ties to China and throughout Asia.  The Board of Supervisors is responsible for the public health of the County of Orange and oversees Orange County Health Care Agency.  Both Amici Curiae hereby submit this brief in support of Plaintiffs' Application for Temporary Restraining Order and Order to Show Cause Re Issuance of Preliminary Injunction.  The Undersigned have authored this brief in whole.

II. DISCUSSION

Plaintiffs' Application should be granted because Defendants failed to comply with statutory mandates to seek "input from and engagement with" local stakeholders.  Dr. Mark Ghaly's Declaration in Support of State of California's Opposition, page 7, clearly acknowledged the existence of those mandates.  In fact, Dr. Ghaly claim on page 6 of his Declaration that the State "engaged with local partners to discuss" the possibility of allowing patients who have tested positive for COVIC-19 to stay at Fairview.  This was, categorically, not done.

Richard Sanchez, Director of Orange County Health Care Agency, stated in his attached Declaration the followings:

1.  The relationship and communication between the California Department of Public Health and the Orange County Health Care Agency has not been timely and has been inadequate in providing information required to respond to COVID-19 in a consistent manner.

2.  California Department of Public Health officials have been unresponsive to direct

AMICUS BRIEF OF CHAIRWOMAN AND VICE CHAIR OF THE BOARD OF SUPERVISORS

requests form the Orange County Heath Care Agency officials for timely COIVD-19 guidance including guidance for schools, colleges, and universities, and guidance for workplaces. Timely guidance was not provided leaving Orange County public health officials having to create guidance for schools, colleges and universities, and the workplace.

3. California Department of Public Health officials have been repeatedly unresponsive to requests from Orange County public health officials for detailed information on the proposed federal operation to house COVID-19 patients at Fairview Developmental Center.

4. Orange County Health Care Agency staff were requested by California Department of Public Health staff to assess infection control risk at Fairview Developmental Center?  This raises questions as to the veracity of the state and federal assessment of the suitability of Fairview Developmental Center for housing COVID-19 positive patients.

5. There is currently Section 8 housing on the Fairview Developmental Center premises. What is the plan to minimize risk to residents of these housing units?  Was HUD consulted on the plan to use Fairview Developmental Center to house COVID-19 patients in close proximity to Section 8 housing residents.

6. The Costa Mesa press conference on Saturday February 22, 2020 regarding the federal operation at Fairview Developmental Center to house COVID-19 patients included a large gathering of federal, state, and local elected officials all expressing concern and outrage at housing COVID-19 patients at Fairview Developmental Center.  Only after this press conference did California Department of Public Health Director Dr. Sonia Angell reach out to Orange County public health officials offering

AMICUS BRIEF OF CHAIRWOMAN AND VICE CHAIR OF THE BOARD OF SUPERVISORS

to hastily arrange a conference call between local public health officials and state and federal officials to answer questions about the proposed federal operation at Fairview Developmental Center. Orange County public health officials repeatedly told Dr. Angell that the California Department of Public Health needed to include all relevant stakeholders in any discussion regarding the federal operation at Fairview Developmental Center. Despite this repeated suggestion, I am not aware that the California Department of Public Health reached out to other stakeholders to include in conference calls over the weekend.

7. Information flow from the California Department of Public Health to the Orange County Health Care Agency has been consistently poor to the point that relevant information regarding COVID-19 has been willfully withheld and only discovered through media stories or direct calls from members of the media.


It is important to note the State of California merely offered the Federal Government the use of Fairview Developmental Center, since there was no declaration of a heath emergency due to COVIC-19 by the State, and this offer was subject to certain conditions. These conditions clearly identified a cogent concern to protect public health and the risks to local residents.  Yet, these conditions fell short of the protection required by mandates of local input and engagement.  Dr. Nichole Quick's and Richard Sanchez's Declarations (see attached) highlight some of the questions that remain unanswered, among other, such as:

1. Impacts to the community affecting the health and safety of Orange County residents

2. Characteristics of COVID-19 positive individuals including health status, total number, timeline of prior tests, timing of transport, and method of transport to Fairview Developmental Center.

3. Is the transport of patients from Travis Airforce Base to Fairview Developmental Center consistent with Centers for Disease Control and Prevention guidance on

AMICUS BRIEF OF CHAIRWOMAN AND VICE CHAIR OF THE BOARD OF SUPERVISORS

transport of COVID-19 positive patients?

4. Will COVID-19 patients who become symptomatic be cared for at Fairview Developmental Center or transported to local hospitals?

5. In the event COVID-19 positive patients are transported to local hospitals, who will be monitoring exposed health care workers?

6. Who will pay for transport and medical care, and will the 911 system be used for transport?

7. How will individuals be cleared?  Will it be two consecutive negative specimens separated by 24 hours, and which laboratory and which tests will be used?

8. How will specimens be processed and sent for testing?

9. Is there onsite capacity for blood draw, oropharyngeal and nasopharyngeal swabbing, and chest X-ray?

10. After clearing how will COVID-19 patients get to their county of residence.

11. What are the final cleaning and disinfection plans/protocols for Fairview Developmental Center to assure no further transmission?

12. What are the provisions for isolation of patients consistent with Centers for Disease;

13. Control and Prevention guidance such as use of individual living quarters?

AMICUS BRIEF OF CHAIRWOMAN AND VICE CHAIR OF THE BOARD OF SUPERVISORS

14. What are the local transportation and hospitalization plans for patients who become symptomatic and require hospitalization.

15. What is the need for and anticipated impact on the local EMS system.

III. <u>CONCLUSION</u>

In summary, the patients who tested positive for COVID-19 have been quarantined appropriately.  A decision was made by the Federal Government to move these patients, despite CDC's mandate that Coronavirus patients should not be moved, and the State of California volunteered certain locations, Fairview Developmental Center being one, without abiding by the statutory mandates required under California law.  There have been no efforts to engage local partners or obtain their inputs.  There is no operational plan to provide for responses to contingencies once such a COVID-19 facility begins operation.  Therefore, Amici Curiae respectfully request that this Court grant the Application for Temporary Restraining Order and Order to Show Cause Re Issuance of Preliminary Injunction.

DATED:  February 24, 2020                    Respectfully submitted,

MICHELLE STEEL, CHAIRWOMAN
ANDREW STEEL, VICE CHAIR

By: _____/s/_____
           Michelle Steel, Chairwoman

By: _____/s/_____
           Andrew Do, Vice Chair

Members of the Orange County Board of Supervisors

AMICUS BRIEF OF CHAIRWOMAN AND VICE CHAIR OF THE BOARD OF SUPERVISORS

Jennifer L. Keller, SBN 84412
jkeller@kelleranderle.com
Nahal Kazemi, SBN 322026
nkazemi@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
T: (949) 476-8700
F: (949) 476-0900

Attorneys for Plaintiff,
CITY OF COSTA MESA and KATRINA FOLEY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CITY OF COSTA MESA, and KATRINA FOLEY,<br><br>       Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA, THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, THE UNITED STATES DEPARTMENT OF DEFENSE, THE UNITED STATES AIR FORCE, THE CENTERS FOR DISEASE CONTROL AND PREVENTION, THE STATE OF CALIFORNIA, FAIRVIEW DEVELOPMENTAL CENTER (FAIRVIEW), THE CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES, and THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES,<br><br>      Defendants. | Case No.  8:20-cv-00368-JLS-JDE<br><br>**DECLARATION OF RICHARD SANCHEZ  IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>DATE: FEBRUARY 24, 2020<br>TIME:  2:00 P.M.<br>COURTROOM: 10A |

## **DECLARATION OF RICHARD SANCHEZ**

I, Richard Sanchez, declare:

1.     I am employed by the County of Orange ("County") as the Director of OC Health Care Agency. I have personal knowledge of the following unless stated to be on information and belief, in which case I am informed and believe such facts to be true. If called as a witness, I could and would testify competently to the facts contained herein.

2.     I have held the position of the Director of the OC Health Care Agency since 2017 and have worked for the OC Health Care Agency since 2005. A copy of my C.V. is attached hereto as Exhibit A, which accurately reflects my educational and employment background.

3.     As Director of OC Health Care Agency, I lead a multi-faceted agency with approximately 2,700 full-time employees working in more than 100 separate locations. I am responsible for the overall direction and operation of five core service areas: Public Health Services, Behavioral Health Services, Correctional Health Services, Regulatory/Medical Health Services, and Administrative Services. Part of my duties as the Director of the OC Health Care Agency include, but are not limited to, the following: (a) implement goals and policies as set by the Orange County Board of Supervisors under the direction, and in collaboration with, the County Executive Officer; (b) establish guidance for programmatic modification in response to changes in policy, legislation and funding; and (c) develop policy recommendations or options for the County Executive Officer or Orange County Board of Supervisors in conjunction with elected and appointed officials, members of the community, civil and industry leaders as well as others.

4.     The relationship and communication between the California Department of Public Health and the OC Health Care Agency has not been timely and has been inadequate in providing information required to respond to novel coronavirus ("COVID-19") in a consistent manner. California Department of

1 Public Health officials have been unresponsive to direct requests from the OC
2 Heath Care Agency officials for routine COVID-19 guidance including guidance
3 for schools, colleges, and universities, and for workplaces. Timely guidance was
4 not provided leaving Orange County public health officials having to create
5 guidance for schools, colleges and universities, childcare settings, and the
6 workplace.

7       5.      Late in the afternoon Thursday, February 20, 2020, I received news
8 for the first time of the State's intention to transport individuals who are currently
9 under quarantine for the COVID-19 to the Fairview Developmental Center
10 ("Fairview") in the City of Costa Mesa. However, California Department of Public
11 Health officials have been repeatedly unresponsive to requests from OC Health
12 Care Agency/County of Orange public health officials for detailed information on
13 the proposed federal operation to place COVID-19 patients at Fairview
14 Developmental Center.

15       6.      OC Health Care Agency staff were requested to assess infection
16 control risk at Fairview Developmental Center. This raises questions as to the
17 veracity of whether an adequate state and federal assessment of the suitability of
18 Fairview Developmental Center for placing COVID-19 positive patients took
19 place.

20       7.      There is currently housing on the Fairview Developmental Center
21 premises. The OC Health Care Agency/County of Orange does not know of any
22 plan to minimize risk to residents of these housing units or if the U.S. Department
23 of Housing and Urban Development consulted on the plan to use Fairview
24 Developmental Center for placement of COVID-19 patients in close proximity to
25 housing residents.

26       8.      The City of Costa Mesa's press conference on Saturday, February 22,
27 2020, included a large gathering of federal, state, and local elected officials all
28 expressing concern and outrage regarding the potential placement of COVID-19

1   patients at Fairview Developmental Center. Only after this press conference did

2   California Department of Public Health Director Dr. Sonia Angell reach out to OC

3   Health Care Agency/County of Orange public health officials offering to hastily

4   arrange a conference call between local public health officials and state and federal

5   officials to answer questions about the proposed federal operation at Fairview

6   Developmental Center. OC Health Care Agency/County of Orange public health

7   officials repeatedly told Dr. Angell that the California Department of Public Health

8   needed to include all relevant stakeholders and impacted jurisdictions in any

9   discussion regarding the federal operation at Fairview Developmental Center.

10   Despite this repeated suggestion, I am not aware that the California Department of

11   Public Health reached out to other relevant parties to include in conference calls

12   over the weekend.

13       9.    Information flow from the California Department of Public Health to

14   the OC Health Care Agency has been consistently poor to the point that relevant

15   information regarding COVID-19 has been, in my opinion, willfully withheld and

16   only discovered through media coverage and/or direct calls from members of the

17   media.

18       10.   On Friday, February 21, 2020, state officials hosted an Orange County

19   Representatives Call for elected officials to which OC Health Care Agency

20   officials were invited to, including a pre-call meeting. During the pre-call meeting,

21   an unknown official from the state who was dominating the conversation stated

22   that Orange County "tends to spin" in reference to how to manage and message

23   information.

24       11.   In past public health situations, the California Department of Public

25   Health has been much more communicative, collaborative, and timely in providing

26   guidance and information to the OC Health Care Agency. Given my prior

27   experience with the California Department of Public Health, I am surprised and

28

DECLARATION OF RICHARD SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

disappointed in the California Department of Public Health's response to COVID-19.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 24th day of February 2020, in Santa Ana, California

Richard Sanchez, Declarant

DECLARATION OF RICHARD SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION

# EXHIBIT

# A

**EXHIBIT A**

# RICHARD SANCHEZ

1954 n. Warbler Pl.
Orange, CA 92867
Phone: (714) 586-7728
Email: Richard.Sanchez@ochca.com

## SUMMARY

Highly effective, results oriented executive with over 36 years of demonstrated success managing multifaceted health care programs, diverse teams and multi-million dollar budgets while adeptly navigating complex system of operations comprised of more than 160 funding sources as well as County, State, and Federal mandates. Strong communicator with expert ability to analyze complex situations and provide concise and pertinent written and verbal reports and recommendations in advance of and response to high-level issues and incidents. Outstanding relationships across broad spectrum of public and private sector agencies and organizations at all levels.

## EXPERIENCE

**2017 to Present**

### COUNTY OF ORANGE, HEALTH CARE AGENCY
### *Agency Director, Health Care Agency*

Leads a multi-faceted agency with approximately 2,700 full-time employees working in more than 100 separate locations. Responsible for the overall direction and operation of five core service areas: Public Health Services, Behavioral Health Services, Correctional Health Services, Regulatory/Medical Health Services, and Administrative Services. The Agency has an operating budget of $650M with more than 120 separate funding sources in addition to a wide array of regulatory and direct service mandates.

**Key Achievements**

- Directed and completed the outreach efforts and relocation of nearly 700 homeless individuals from the Santa Ana Flood Control Channel in a one month period.
- Managed the interagency reorganization bringing homeless services to the Health Care Agency to streamline care coordination for those experiencing homelessness.
- Oversaw the development of the County's first payer agnostic behavioral health campus.
- Acted as the Interim Behavioral Health Director for nearly a year.

**2013 to 2017**

### COUNTY OF ORANGE, HEALTH CARE AGENCY
### *Assistant Director, Health Care Agency*

Responsible for strategic direction and daily operation of the Health Care Agency, which is comprised of 2,700 employees, an operating budget of $650 million, and organized into five core service areas: Public Health Services, Behavioral Health Services, Correctional Health Services, Regulatory/Medical Health Services and Administrative Services. Implement goals and policies as set by the Orange County Board of Supervisors under the direction, and in collaboration with, the County Executive Officer and Agency Director (while serving as Agency Director in his Absence). Establish guidance for programmatic modification in response to changes In policy, legislation and funding.

# EXPERIENCE    *Continued*

**Key Achievements**

- Directed and completed contracting of ambulance services in major portions of the county.
- Conducted assessment of executive team in the Health Care Agency resulting in reorganization of services and staff leading to increased efficiencies and improved performance.
- Worked collaboratively with CalOptima to transfer 44,500 HCA/Medical Services for Indigents patients who became Medi-Cal eligible on January 1, 2014.
- Provided leadership and mentoring to executive team to be collaborative in program areas where possible, creating synergy and efficiencies in providing services under budget.
- Worked directly on recruitment of six new CalOptima Board members.
- Oversaw Health Care Agency's response to Board Directives regarding Orange County's homeless population, focusing on results oriented services through collaboration with other County agencies and private sector providers.
- Continuously focused on opportunities to meet Board direction while focusing on service oriented, cost effective methods. An example is the Whole Person Care project, which will target the impacts of homelessness while promoting mental and physical wellness.

**2008 to 2013**

### COUNTY OF ORANGE, HEALTH CARE AGENCY
#### *Director, Environmental Health – Public Health Services*

Lead $22 million Environmental Health division of the Health Care Agency with staff of more than180 employees serving the entirety of Orange County residents and visitors. Directed both short and long-term development of high-profile food protection, hazardous materials, water quality, solid waste, medical waste, emergency response, San Onofre Nuclear Generator Station (SONGS) response and industrial clean-up programs. Provided operations and programmatic direction on environmental health standards for quality and policy issues, while providing related briefings to executives and elected as requested. Responded to media requests and served as liaison with federal, state and local officials. Coordinated development of budget and fees studies; evaluated legislative, procedural and staffing challenges and made thorough and thoughtful recommendations to Agency administration to increase efficiencies.

**Key Achievements**

- Two time recipient of Orange County Business Council's "Turning Red Tape into Red Carpet" award in recognition of the collaborative effort of regulators working with business to promote economic growth.
- Directed the development and implementation of a countywide public notification system for food inspection results. Provided inspection results at food establishments and via an interactive website through Orange County Board of Supervisors leadership and in collaboration with industry representatives.
- Worked with OC Public Works and City planners to ensure smooth implementation of new legislation impacting both food protection program and zoning regulations related to home businesses.
- Collaborated with private and public agencies to conduct a pilot study allowing for same- day notification of ocean water conditions to the public.

# EXPERIENCE     *Continued*

**Key Achievements**

- Member of Executive Team and Operations Team of Agency, providing guidance and input on policy and decision making affecting the entire Agency.
- Member of Balanced Scorecard committee of Agency (and assisted with OC Waste and Recycling's Balanced Scorecard process as a stakeholder) providing input and feedback on each of the measures.
- Author of Agenda Staff Reports (ASR) for Division and attend Board of Supervisor meetings to answer questions and respond to inquiries regarding ASRs.
- Served as staff at the County Emergency Operations Center during exercises and during events related to SONGS.
- Met with OC Sanitation District and OC Water District on regular basis regarding various issues of mutual interest such as waste outfall repair planning and Groundwater Replenishment System (GRWS) project.
- Served as Operations Chief at Health Emergency Operations Center during H1N1 event.
- Member of the Compliance Committee representing Public Health Services on Agency-wide compliance policy decisions and issues.

**2005 to 2008**

**COUNTY OF ORANGE, HEALTH CARE AGENCY**
***Assistant Director, Environmental Health – Public Health Services***
Responsible for providing daily operational oversight for all environmental health programs to ensure effective, high quality implementation. Ensured new laws, codes and regulations pertaining to environmental health were implemented in a consistent, efficient manner. Provided oversight to federal and state audits of programs and ensured regulatory mandates were met. Updated division policies as needed in response to legislative changes, federal/state guidance and efficiency processes developed in house.

**Key Achievements**

- Worked with stakeholder group of food industry representatives within Orange County impacted by fee adjustments to ensure ongoing necessary program revenue. Successfully presented fee package to Board of Supervisors with endorsement from stakeholders, which was approved.
- Executed audits of staff performance and monthly expenditure/revenue review resulting in improved program efficiencies in both program output and fiscal monitoring.
- Implemented Board approved policy to ensure rate payer revenue had a fee for service basis resulting in a reduction of money spent on collections in turn ensuring fee rates were appropriate.
- Collaborated with OC Watersheds to provide helpful educational information to business community regarding storm water/National Pollutant Discharge Elimination System.

# EXPERIENCE        *Continued*

**2001 to 2005**

**COUNTY OF SACRAMENTO, ENVIRONMENTAL MANAGEMENT DEPARTMENT**
*Environmental Health Chief/Director/Deputy Health Officer*
Planned, directed and implemented goals, objectives and mandates of the
Environmental Health division comprised of 72 staff with a $12 million operating
Budget. Responsible for management, operations, finances, human resources
and Information technology needs for environmental health programs. Working
with PIO, responded to media requests and public requests for information.
Managed contract negotiation, grant submittals and oversight audits for
programs. Served as Deputy Health Officer to provide subject area expertise to
County Health Officer on issues related to environmental health issues at
federal/state and local meetings. Met with State legislators and provided
testimony at committee hearing on legislative issues related to environmental
health. Researched, prepared and presented agenda items at Board of
Supervisor meetings. Had frequent direct interaction with executive management,
elected officials, as well as federal/state and local agencies.

**Key Achievements**

- Collaborated with other County agencies to assist businesses in understanding
  environmental requirements when starting up a business to strengthen the
  Business Environmental Resource Center' established by the Department.
- Oversaw complete reorganization and program improvement of Food Protection
  Program as a result of media expose of previously existing deficiencies. At time
  of departure, program was recognized by Board of Supervisors and media as
  markedly improved.
- Recipient of National Association of Counties Achievement Award for Food Worker
  Education Program.
- As a result of issues related to a solid waste facility in the County, worked with
  state legislators and solid waste stakeholder business community in improving
  efficiencies of regulations regarding solid waste.
- Directed review of fiscal/revenue policies and procedures and successfully
  implemented changes to allow for multi-year fee studies, ability to carry over
  revenue and updated County code to allow for cost recovery from nonpaying rate
  payers.

**1984-2001**

**COUNTY OF SAN BERNADINO, ENVIRONMENTAL MANAGEMENT DEPARTMENT**
*Environmental Health Specialist/Supervisor/Program Manager*
Began career as field staff and promoted to Program Manager with oversight of
Food Protection/Recreational Health, Solid Waste, Vector Control, and Land Use/
Water Protection programs. Managed budget of $7 million with 62 staff in five
Offices located throughout the county. Programs varied in coverage area ranging
from the entirety of the county to districts. Responsible for directing daily operation of
varied regulatory environmental health programs ensuring quality, compliance and
cost effective implementation. Serve as liaison to various service area clients
including cities and special districts, managing communication of service levels and
responding to concerns and inquiries.

## EXPERIENCE   *Continued*

**Key
Achievements**

- While still staff level serves as principle author of award winning submission for nationally recognized Food Safety Award (Samuel J. Crumbine Award).
- Served as standing panel member for review of RFPs for other agencies within the county.
- Reviewed and recommended implemented reduction in number of satellite offices, resulting in cost savings and necessary increased oversight of field staff.
- Served on multiple statewide committees including but not limited to California Retail Food Safety Advisory Council, Local Solid Waste Enforcement Round table and Mosquito and Vector Control Association of California.

## EXPERIENCE

*Continued*

## EDUCATION

| 1984 | Master of Public Health, Loma Linda University |
| 1981 | Bachelor of Science, Biological Sciences, UC Irvine |

## TEACHING EXPERIENCE

| 2009 to 2011 | Lecturer, Health & Human Services, Cal State Long Beach |
| 1998 to 2001 | Adjunct Faculty, Public Health, Loma Linda University Adjunct |
| 1991 to 1997 | Faculty, Business & Applied Tech, Chaffey College |

## PROFESSIONAL AFFILIATIONS

| 2017 to Present | Member, CalOptima Board of Directors |
| | Member, First 5 Orange County |
| 2012 to 2013 | President, California Conference of Directors of Environmental Health (CCDEH) |
| 2011 to 2012 | President Elect, CCDEH |
| 1996 to 2000 | Co-Chair Committee to Review California Retail Food Facilities Law |

1  Jennifer L. Keller, SBN 84412
2  jkeller@kelleranderle.com
   Nahal Kazemi, SBN 322026
3  nkazemi@kelleranderle.com
4  KELLER/ANDERLE LLP
   18300 Von Karman Avenue, Suite 930
5  Irvine, CA 92612
6  T: (949) 476-8700
   F: (949) 476-0900
7
8  Attorneys for Plaintiff,
   CITY OF COSTA MESA and KATRINA FOLEY
9
10         **UNITED STATES DISTRICT COURT**

11    **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

12
13  CITY OF COSTA MESA, and          Case No.  8:20-cv-00368-JLS-JDE
    KATRINA FOLEY,
14                                    **DECLARATION OF DR.**
                Plaintiff,            **NICHOLE QUICK IN SUPPORT**
15                                    **OF** *EX PARTE* **APPLICATION**
        vs.                          **FOR TEMPORARY**
16                                    **RESTRAINING ORDER AND**
17  UNITED STATES OF AMERICA,        **ORDER TO SHOW CAUSE RE**
    THE DEPARTMENT OF HEALTH         **ISSUANCE OF PRELIMINARY**
18  AND HUMAN SERVICES, THE          **INJUNCTION**
    UNITED STATES DEPARTMENT OF
19  DEFENSE, THE UNITED STATES       DATE: FEBRUARY 24, 2020
    AIR FORCE, THE CENTERS FOR       TIME:  2:00 P.M.
20  DISEASE CONTROL AND              COURTROOM: 10A
    PREVENTION, THE STATE OF
21  CALIFORNIA, FAIRVIEW
    DEVELOPMENTAL CENTER
22  (FAIRVIEW), THE CALIFORNIA
    GOVERNOR'S OFFICE OF
23  EMERGENCY SERVICES, and THE
    CALIFORNIA DEPARTMENT OF
24  GENERAL SERVICES,
25
            Defendants.
26
27
28

## **DECLARATION OF DR. NICHOLE QUICK**

I, Dr. Nichole Quick, declare:

1. I am employed by the County of Orange ("County") as the County Health Officer. I have personal knowledge of the matters set forth below and if called upon to testify as to the accuracy of its contents, I could and would do so.

2. I received a M.D. degree from the University of Utah School of Medicine in 2008. I completed my residency in preventative medicine at University of California at San Diego in 2011. I received a Master of Public Health degree from San Diego State in 2011. I am Board Certified in Preventative Medicine and Public Health. Since that time, I have worked in various positions in the health care industry. I was appointed as the Interim County Health Officer in 2018, until my appointment as the County Health Officer in 2019. From 2015 through 2018, I served as the Health Officer of the County of Yuba, Health and Human Services Public Health Division. A copy of my C.V. is attached hereto as Exhibit A, which accurately reflects my educational and employment background.

3. As the County Health Officer, it is my duty to protect the health and safety of Orange County's residents to the best of my ability. Part of my duties include being involved in decisions with respect to the containment of infectious diseases that pose a serious health threat to the county's residents.

4. On Thursday, February 20, 2020, I received news of the State's intention to transport individuals who are currently under quarantine or isolation for the coronavirus ("COVID-19") to the Fairview Developmental Center "Fairview" in the City of Costa Mesa. This raises a number of questions and concerns which have yet to be addressed by the State. These questions concern the health and safety of Orange County residents, including but not limited to the following:

    a.    What are the details and characteristics of COVID-19 patients? We have no information regarding the health status, total number, timeline

1   of prior tests, timing of transport, and method of transport to Fairview
2   Developmental Center.

3   b.   Is the transport of patients from Travis Airforce Base to Fairview
4   Developmental Center consistent with Centers for Disease Control
5   and Prevention guidance on transport of COVID-19 positive patients?

6   c.   Will COVID-19 patients who become symptomatic be cared for at
7   Fairview Developmental Center or transported to local hospitals?

8   d.   In the event COVID-19 positive patients are transported to local
9   hospitals, who will be monitoring exposed health care workers?

10   e.   Who will pay for transport and medical care, and will the 911 system
11   be used for transport?

12   f.   How will individuals be cleared?  Will it be two consecutive negative
13   specimens separated by 24 hours, and which laboratory and which
14   tests will be used?

15   g.   How will specimens be processed and sent for testing?

16   h.   Is there onsite capacity for blood draw, oropharyngeal and
17   nasopharyngeal swabbing, and chest X-ray?

18   i.   After clearing how will COVID-19 patients get to their county of
19   residence?

20   j.   What are the final cleaning and disinfection plans/protocols for
21   Fairview Developmental Center to assure no further transmission?

22   k.   Are the provisions for isolation of patients consistent with Centers for
23   Disease Control and Prevention guidance, such as use of individual
24   living quarters?

25   l.   What are the local transportation and hospitalization plans for patients
26   who become symptomatic and require hospitalization?

27   m.   What is the need for and anticipated impact on the local EMS system?

28

n.    What are the plans for enforcing isolation orders to prevent possible community exposure of COVID-19?

o.    Who is assessing infection control risk at Fairview Developmental Center?

p.    What is the workforce infection control plan and living arrangements to prevent possible community exposures as well as who will provide active monitoring for the workforce?

q.    What is the infection control training for workforce on the property including medical, custodial, food service, and maintenance staff, among others?

r.    What are the infection control plans for other individuals residing or working at the Fairview Developmental Center?

s.    What is the ongoing communications plan for all partners for the duration of the operation?

5.    It is important to obtain answers to each of these questions prior to any decision being made as to whether the quarantined or isolated individuals should be transported to Fairview, as it is imperative that all necessary measures are taken to ensure the public safety of the county's residents.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 24th day of February 2020 in Santa Ana, California.

_____

Dr. Nichole Quick

DECLARATION OF DR. NICHOLE QUICK IN SUPPORT OF EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF
PRELIMINARY JUNCTION

# EXHIBIT

# A

**EXHIBIT A**

# Nichole A. Quick, MD, MPH

nicholequickmd@gmail.com / (801) 885-4285

---

### PROFESSIONAL EXPERIENCE

**County of Orange Health Care Agency**
County Health Officer – Santa Ana, California ▪ Current

**County of Orange Health Care Agency**
Interim Health Officer – Santa Ana, California ▪ 2019

**County of Orange Health Care Agency**
Deputy Health Officer – Santa Ana, California ▪ 2018- 2019

**Health Equity Committee**
Chair – Santa Ana, California ▪ 2018- Current

**Clinical Quality Assurance Committee**
Chair – Santa Ana, California ▪ 2018- Current

**California Conference of Local Health Officers Environmental Health Committee**
Co-Chair – Sacramento, California ▪ 2018- Current

**County of Yuba Health & Human Services Public Health Division**
Health Officer – Marysville, California ▪ 2015- 2018

**Health Officers Association of California**
Treasurer – Sacramento, California ▪ 2016- 2018

**Yuba Sutter Colusa Medical Society**
President Elect & CMA Delegate – Yuba County, California ▪ 2016- 2018

**Peach Tree Health**
Board of Directors & Quality Assurance Committee– Marysville, California ▪ 2015-2018

**Riverwoods Neurological Center & Integrated Healing Arts**
Primary care and addiction medicine practice
Director of Preventive Services – Provo, Utah ▪ 2012- 2015

**Discovery House Opiate Treatment Program**
Medical Director – Layton, Utah ▪ 2014- 2015

**Thistle Creek Ranch**
Dual diagnosis residential treatment center
Medical Director – Spanish Fork, Utah ▪ 2013- 2015

**Utah Addiction Center**
Dual diagnosis residential treatment center
Medical Director – Eagle Mountain, Utah ▪ 2012- 2015

**San Diego Family Care**
Medical Staff – San Diego, California ▪ 2011- 2012

---

### EDUCATION

**University of California, San Diego,** San Diego, CA ▪ 2009–2011
Residency, Preventive Medicine

**San Diego State University,** San Diego, CA ▪ 2009–2011
Master of Public Health

**University of California, Davis,** Sacramento CA ▪ 2008–2009
Internship, Emergency Medicine

**University of Utah School of Medicine,** Salt Lake City, UT
MD, 2008

**University of Utah,** Salt Lake City, UT
BS Philosophy, May 2004

## BOARD CERTIFICATION

American Board of Preventive Medicine, Public Health & General Preventive Medicine

American Board of Preventive Medicine, Addiction Medicine

American Board of Addiction Medicine

## LICENSURE

California State Medical License

Utah State Medical License

## PUBLICATIONS & REFERENCE

Publication list and peer references available upon request

2