NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, SR. ASST. (CA SBN 136688)
LAURA D. KNAPP, SUPERVISING DEPUTY (SBN 162800)
333 W. Santa Ana Blvd., Ste. 407
Santa Ana, CA 92701
Ph: 714 834-6020
Fax: 714 834-2359
marianne.vanriper@coco.ocgov.com

ATTORNEY(S) FOR: Amicus Curiae, County of Orange

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

City of Costa Mesa, et al.

Plaintiff(s),

v.

United States of America, et al.

Defendant(s)

CASE NUMBER:

8:20-cv-00368-JLS-JDE

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Amicus Curiae, County of Orange,
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Amicus Curiae County of Orange (local governmental agency) | Subject property is located within the County of Orange, California |

February 27, 2020
Date

/s/
Signature

Attorney of record for (or name of party appearing in pro per):

Amicus Curiae, County of Orange