1
LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
2
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP, Supervising. Deputy (CA SBN 162800)
3
laura.knapp@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
4
Santa Ana, California 92701
Telephone: (714) 834-6020
5
Facsimile: (714) 834-2359
6
Attorneys for Amicus Curiae, County of Orange,

7
## UNITED STATES DISTRICT COURT
8
## CENTRAL DISTRICT OF CALIFORNIA
9
## SOUTHERN DIVISION – SANTA ANA

10
CITY OF COSTA MESA, et al.,

11
          Plaintiffs,

12
     vs.

13
UNITED STATES OF AMERICA,

14
          Defendants.

15

16

17

18

19

Case No. 8:20-cv-00368-JLS-JDE

**COUNTY OF ORANGE'S NOTICE OF EX PARTE APPLICATION AND MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS CITY OF COSTA MESA AND KATRINA FOLEY**

[Filed concurrently with the Declaration of Marianne Van Riper; and [PROPOSED] Order Granting Ex Parte Application to File an Amicus Curiae Brief]

**Judge:  The Honorable Josephine L. Staton**

20
    **TO THE HONORABLE COURT, PLAINTIFFS, DEFENDANTS AND**
21
**THEIR ATTORNEYS OF RECORD:**
22
    **PLEASE TAKE NOTICE** that the County of Orange ("County") respectfully
23
moves ex parte for leave to file an Amicus Curiae Brief in support of Plaintiffs', City of
24
Costa Mesa and Katrina Foley ("Plaintiffs"), Application for Temporary Restraining
25
Order and Order to Show Cause re Issuance of Preliminary Injunction ("TRO").  The
26
proposed Amicus Curiae Brief is being filed with the Court concurrently with the filing of
27
this Application.
28
//

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

The County's proposed Amicus Brief will serve two purposes if the Court allows it to be filed. First, it will ensure that the interests of the people of Orange County are properly protected. Second, it will ensure that all relevant facts regarding moving infected persons to the Fairview Developmental Center ("FDC") are fully and accurately presented to this Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.  LEGAL STANDARD

It is well-settled that whether, and to what extent, an amicus will be permitted to participate in a case is entirely within the court's discretion. *Jin v. Ministry of State Sec.,* 557 F. Supp. 2d 131, 136 (D.D.C. 2008). District courts have allowed non-parties to file amicus briefs where the non-parties, among other things, "provide helpful analysis of the law" and "have a special interest in the subject matter of the suit." *Bryant v. Better Business Bureau of Greater Maryland. Inc.,* 923 F. Supp. 720, 728 (D. Md. 1996) (citations omitted); *see also, United States v. El-Gabrowny,* 844 F. Supp. 955, 957 n.1 (S.D.N.Y. 1994) ("The usual rationale for *amicus curiae* submissions is that they are of aid to the court and offer insights not available from the parties.").

Moreover, district courts have granted government agencies leave to file amicus briefs where the agency is "responsible for the enforcement and administration" of the statute at issue and has "sufficient interest in the consistent implementation" of the statute. *Heath v. Perdue Farms, Inc.,* 87 F. Supp. 2d 452, 455 n.1 (D. Md. 2000) (permitting U.S. Department of Labor to file amicus brief regarding Fair Labor Standards Act).

## II.  IDENTITY AND INTEREST OF AMICUS CURIAE

The County has a strong interest in being heard in this matter. First and foremost, the County's top priority is the health and safety of its citizens. Being that the FDC is located in Orange County, moving people infected with the Coronavirus into Orange County will undoubtedly have an imminent and detrimental impact on the County. In order to be sufficiently prepared, the County must be competently informed of all the risks threatening the County's residents. The County's Public Health Officer and Health Care

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

Agency personnel must have all the acute information regarding Defendants request to move infected Coronavirus people into Orange County.  The County must be adequately prepared to address the infectious disease, such as proper training and/or safety equipment, before the County's residents face any sort of exposure.

Moreover, on February 26, 2020, the County declared a local health emergency due to the Coronavirus outbreak.  In a public health crisis, such as now, the County's public health personnel are the first responders and therefore the County will carry responsibility for those first responders as well as the Orange County population effected by the Coronavirus.  The County undoubtedly has a significant interest in the issues raised by Plaintiffs TRO and a significant interest in consistently implementing any order this Court makes regarding moving infected persons into Orange County.

In sum, the issues raised by the Plaintiffs Application for TRO will directly affect the citizens, employees, customers and businesses of Orange County because if persons who are infected with the Coronavirus are housed in Costa Mesa, in a facility that is not suitable for quarantining infected persons, without proper notice to the public and adequate safeguards in place, the general population of Orange County will be irreparably harmed.  The County has a significant interest in this lawsuit and therefore the County respectfully requests that this Court grant the County leave to file the accompanying Amicus Brief.

This ex parte Application is based on this Motion, the declaration and exhibits attached hereto, all other pleadings and papers filed in this action, the argument of counsel, and further evidence as the Court may consider at or before the hearing on Monday, March 2, 2020.

III.   **MEET AND CONFER EFFORTS**

Counsel for the County has conferred with the parties concerning the filing of this Application and Motion.  As set forth in the Declaration of Marianne Van Riper ("Van Riper Decl.") filed concurrently herewith, on February 27, 2020, counsel for the County informed all parties to this litigation of its intent to file this ex parte Application and

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

proposed Amicus Brief.  Plaintiffs consented to the County's request and the Defendants took no position.  *See* Van Riper Decl. at ¶¶ 3-4.

The County proposes to serve each of the parties with a copy of this Application and proposed Amicus Brief on February 28, 2020.

## IV.    **CONCLUSION**

For the foregoing reasons, the County respectfully requests that the Court sign the Proposed Order filed concurrently herewith, granting the County permission to file an amicus brief.

DATED:  February 28, 2020          Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, SENIOR ASSISTANT
LAURA D. KNAPP, SUPERVISING DEPUTY

By:  _____/s/_____

LEON J. PAGE, SUPERVISING DEPUTY

Attorneys for Amicus, COUNTY OF ORANGE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

-4-

**CERTIFICATE OF SERVICE**

    I declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92701, and my email address is vanessa.leiva@ coco.ocgov.com.  I am not a party to the within action.

    I certify that I caused the foregoing **COUNTY OF ORANGE'S NOTICE OF EX PARTE APPLICATION AND MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS CITY OF COSTA MESA AND KATRINA FOLEY** to be served on February 28, 2020, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

| |
|---|
| **Daniel A Beck, Esq.**<br>AUSA - Office of US Attorney<br>300 North Los Angeles Street Suite 7516<br>Los Angeles, CA 90012<br>Ph: 213-894-2574; Fax: 213-894-7819<br>daniel.beck@usdoj.gov<br>Representing Defendants:<br>**The Centers for Disease Control and Prevention**<br>**The Department of Health and Human Services**<br>**The United States Air Force**<br>**The United States Department of Defense**<br>**United States of America** |
| **Matthew John Fletcher, Esq.**<br>Connor Fletcher and Hendencamp LLP<br>2211 Michelson Drive Suite 1100<br>Irvine, CA 92612<br>Ph: 949-622-2600; Fax: 949-622-2626<br>mfletcher@businesslit.com<br>Representing Movant: **Ocean View School District** |
| **Alison Sara Flowers, Esq.**<br>Tiffany Joy Israel, Esq.<br>Aleshire and Wynder LLP<br>3880 Lemon Street Suite 520<br>Riverside, CA 92501<br>Ph: 951-241-7338; Fax: 951-300-0984<br>aflowers@awattorneys.com; tisrael@awattorneys.com<br>Representing Amicus: **City of Newport Beach**<br>CITY ATTORNEY'S OFFICE<br>Aaron Harp, Esq. aharp@newportbeachca.gov<br>100 Civic Center Dr.;Newport Beach, CA 92660; Ph: 949-644-3131; |

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1

2

3

4

5

6

7

**Nahal Kazemi, Esq.**
**Jennifer L Keller, Esq.**
Keller Anderle LLP
18300 Von Karman Avenue Suite 930
Irvine, CA 92612
Ph: 949-476-8700; Fax: 949-476-0900
nkazemi@kelleranderle.com
jkeller@kelleranderle.com
Representing Plaintiffs:
**City of Costa Mesa and Katrina Foley**

8

9

10

11

12

13

14

15

**Darin L Wessel,**
California Department of Justice
Office of the Attorney General
600 W. Broadway, Suite 1800
San Diego, CA 92101
Ph: 619-738-9125; Fax: 619-645-2581
darin.wessel@doj.ca.gov
Representing Defendants:
**The California Department of General Services**
**The California Governors Office of Emergency Services**
**The Department of Health and Human Services**
**The State of California**

16

17

18

19

20

21

22

23

24

Juan C Basombrio, Esq.
Siena M Caruso, Esq.
Dorsey and Whitney LLP
600 Anton Boulevard Suite 2000
Costa Mesa, CA 92626-7655
Ph: 714-800-1400; 714-800-1499 (fax)
basombrio.juan@dorsey.com; caruso.siena@dorsey.com
Representing Amicus:
**Orange County Business Council (Amicus)**
2 Park Plaza
Suite 100
Irvine, CA 92614
Ph: 949-476-2242; 949-476-9240 (fax)

25

26

27

28

CERTIFICATE OF SERVICE

1

Philip D Kohn, Esq.
Rutan and Tucker LLP
611 Anton Boulevard Suite 1400
Costa Mesa, CA 92626-1931
Ph: 714-641-5100; 714-546-9035 (fax)
pkohn@rutan.com
Representing Amicus:
City of Laguna Beach (Amicus)

2

3

4

5

6

7

8
      I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  Executed in Santa Ana, California this 28th day of February, 2020.

9

10

               /s/
              Vanessa Leiva

11

12

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE