LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP, Supervising. Deputy (CA SBN 162800)
laura.knapp@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359

Attorneys for Amicus Curiae, County of Orange,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| CITY OF COSTA MESA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendants. | Case No. 8:20-cv-00368-JLS-JDE <br><br> **[PROPOSED] ORDER GRANTING COUNTY OF ORANGE'S EX PARTE APPLICATION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS** <br><br> **Judge:** The Honorable Josephine L. Staton |

This matter having come before the Court ex parte by motion of proposed amicus curiae the County of Orange, seeking leave to file an amicus curiae brief in the above-captioned matter and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow amicus participation.

**IT IS HEREBY ORDERED:**

The County of Orange's ex parte Application and Motion to file an amicus curiae brief in Support of Plaintiffs is GRANTED.

DATED: February ____, 2020

_____
The Honorable Josephine L. Staton

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92701, and my email address is vanessa.leiva@coco.ocgov.com. I am not a party to the within action.

I certify that I caused the foregoing **[PROPOSED] ORDER GRANTING COUNTY OF ORANGE'S EX PARTE APPLICATION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS** to be served on February 28, 2020, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

| |
|---|
| **Daniel A Beck, Esq.** |
| AUSA - Office of US Attorney |
| 300 North Los Angeles Street Suite 7516 |
| Los Angeles, CA 90012 |
| Ph: 213-894-2574; Fax: 213-894-7819 |
| daniel.beck@usdoj.gov |
| Representing Defendants: |
| **The Centers for Disease Control and Prevention** |
| **The Department of Health and Human Services** |
| **The United States Air Force** |
| **The United States Department of Defense** |
| **United States of America** |
| **Matthew John Fletcher, Esq.** |
| Connor Fletcher and Hendencamp LLP |
| 2211 Michelson Drive Suite 1100 |
| Irvine, CA 92612 |
| Ph: 949-622-2600; Fax: 949-622-2626 |
| mfletcher@businesslit.com |
| Representing Movant: **Ocean View School District** |
| **Alison Sara Flowers, Esq.** |
| Tiffany Joy Israel, Esq. |

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

| | |
|---|---|
| 1 | Aleshire and Wynder LLP |
| | 3880 Lemon Street Suite 520 |
| 2 | Riverside, CA 92501 |
| 3 | Ph: 951-241-7338; Fax: 951-300-0984 |
| | aflowers@awattorneys.com; tisrael@awattorneys.com |
| 4 | Representing Amicus: **City of Newport Beach** |
| 5 | CITY ATTORNEY'S OFFICE |
| | Aaron Harp, Esq. aharp@newportbeachca.gov |
| 6 | 100 Civic Center Dr.;Newport Beach, CA 92660; Ph: 949-644-3131; |
| 7 | **Nahal Kazemi, Esq.** |
| | **Jennifer L Keller, Esq.** |
| 8 | Keller Anderle LLP |
| 9 | 18300 Von Karman Avenue Suite 930 |
| | Irvine, CA 92612 |
| 10 | Ph: 949-476-8700; Fax: 949-476-0900 |
| 11 | nkazemi@kelleranderle.com |
| | jkeller@kelleranderle.com |
| 12 | Representing Plaintiffs: |
| 13 | **City of Costa Mesa and Katrina Foley** |
| 14 | **Darin L Wessel,** |
| | California Department of Justice |
| 15 | Office of the Attorney General |
| 16 | 600 W. Broadway, Suite 1800 |
| | San Diego, CA 92101 |
| 17 | Ph: 619-738-9125; Fax: 619-645-2581 |
| 18 | darin.wessel@doj.ca.gov |
| | Representing Defendants: |
| 19 | **The California Department of General Services** |
| 20 | **The California Governors Office of Emergency Services** |
| | **The Department of Health and Human Services** |
| 21 | **The State of California** |
| 22 | Juan C Basombrio, Esq. |
| | Siena M Caruso, Esq. |
| 23 | Dorsey and Whitney LLP |
| 24 | 600 Anton Boulevard Suite 2000 |
| | Costa Mesa, CA 92626-7655 |
| 25 | Ph: 714-800-1400; 714-800-1499 (fax) |
| 26 | basombrio.juan@dorsey.com; caruso.siena@dorsey.com |
| | Representing Amicus: |
| 27 | **Orange County Business Council (Amicus)** |
| 28 | 2 Park Plaza |

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

CERTIFICATE OF SERVICE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

| | |
|---|---|
| 1 | Suite 100 |
| | Irvine, CA 92614 |
| 2 | Ph: 949-476-2242; 949-476-9240 (fax) |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Philip D Kohn, Esq. |
| | Rutan and Tucker LLP |
| 9 | 611 Anton Boulevard Suite 1400 |
| 10 | Costa Mesa, CA 92626-1931 |
| 11 | Ph: 714-641-5100; 714-546-9035 (fax) |
| | pkohn@rutan.com |
| 12 | Representing Amicus: |
| 13 | City of Laguna Beach (Amicus) |

14   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Executed in Santa Ana, California this 28th day of February, 2020.

               /s/
        _____
              Vanessa Leiva

CERTIFICATE OF SERVICE