LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP, Supervising. Deputy (CA SBN 162800)
laura.knapp@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359

Attorneys for Amicus Curiae, County of Orange,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| CITY OF COSTA MESA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendants. | Case No. 8:20-cv-00368-JLS-JDE <br><br> **DECLARATION OF MARIANNE VAN RIPER IN SUPPORT OF COUNTY OF ORANGE'S EX PARTE APPLICATION AND MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS** <br><br> **Judge: The Honorable Josephine L. Staton** |

I, Marianne Van Riper, declare:

1. I am an attorney licensed to practice law in the State of California. I am a Senior Assistant County Counsel for the County of Orange. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify as to the accuracy of its contents, I could and would do so.

2. On February 27, 2020, at approximately 6:22 p.m. PST, I informed counsel for Plaintiffs and Defendants that the County of Orange intends to file an ex parte application seeking leave of court to file an Amicus Curiae brief in support of the Plaintiffs' request for a Temporary Restraining Order in the above-captioned matter. A true and correct copy of my email to counsel for Plaintiffs and Defendants dated February 27, 2020, is attached hereto as Exhibit A.

3. On February 27, 2020, counsel for Plaintiffs informed me via email that Plaintiffs consent to the County of Orange's ex parte request for leave to file an amicus brief. A true and correct copy of Plaintiffs' email dated February 27, 2020, is attached hereto as Exhibit B.

4. On February 27, 2020, the U.S. Attorney's Office on behalf of the federal Defendants informed me via email that the federal Defendants take no position with respect to the County of Orange's ex parte request for leave to file an amicus brief. On February 28, 2020, counsel for the State informed me that the State Defendants take no position with respect to the County of Orange's ex parte request for leave to file an amicus brief. True and correct copies of the Defendants' counsel's emails to me dated February 27 and February 28, 2020, are collectively attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2020, at Santa Ana, California.

/s/
Marianne Van Riper, Declarant

## Van Riper, Marianne

| | |
|---|---|
| **From:** | Van Riper, Marianne |
| **Sent:** | Thursday, February 27, 2020 6:22 PM |
| **To:** | Michael E. Byerts; Darin Wessel; Nahal Kazemi; Beck, Daniel (USACAC); Osinoff, Joanne (USACAC); Benjamin G. Diehl; Caroline C. Lam; Thomas Patterson; Jennifer L. Keller; Shaun Hoting; Kimberly Hall Barlow; Tarquin Preziosi; Courtney L. McKinney |
| **Cc:** | Page, Leon; Knapp, Laura; Watson, Kayla |
| **Subject:** | RE: City of Costa Mesa, et al. vs. USA, et al.; Case No. 8:20-CV-368-JLS- |

Good Evening,

The County of Orange intends to file an *ex parte* application seeking leave of court to file an Amicus Curiae Brief in support of the Plaintiffs' request for a Temporary Restraining Order in the above-referenced litigation. Please note that any opposition must be filed no later than 24 hours after service of the *ex parte* application. We plan on filing our *ex parte* application tomorrow. Please advise whether you consent to the County filing an Amicus Curiae brief in this matter or whether you plan to oppose.

Thank you,


Marianne Van Riper
Senior Assistant County Counsel
Office of the Orange County Counsel
(714) 834-6020 (direct dial)

marianne.vanriper@coco.ocgov.com


*The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. It may therefore be protected from unauthorized use or dissemination by the attorney-client and/or attorney work-product privileges. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.*

and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Van Riper, Marianne

| | |
|---|---|
| **From:** | Nahal Kazemi <nkazemi@kelleranderle.com> |
| **Sent:** | Thursday, February 27, 2020 6:32 PM |
| **To:** | Van Riper, Marianne; Michael E. Byerts; Darin Wessel; Beck, Daniel (USACAC); Osinoff, Joanne (USACAC); Benjamin G. Diehl; Caroline C. Lam; Thomas Patterson; Jennifer L. Keller; Shaun Hoting; Kimberly Hall Barlow; Tarquin Preziosi; Courtney L. McKinney |
| **Cc:** | Page, Leon; Knapp, Laura; Watson, Kayla |
| **Subject:** | RE: City of Costa Mesa, et al. vs. USA, et al.; Case No. 8:20-CV-368-JLS- |

Plaintiffs consent.

Thank you,

**Nahal Kazemi**
Senior Counsel

Keller/Anderle LLP
BUSINESS TRIAL LAWYERS

18300 Von Karman Ave., Suite 930   |   Irvine, California 92612-1057
949.476.8700   |   Fax 949.476.0900
nkazemi@kelleranderle.com   |   www.kelleranderle.com   |

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at info@kelleranderle.com or by telephone at 949.476.8700 and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Van Riper, Marianne <Marianne.VanRiper@coco.ocgov.com>
**Sent:** Thursday, February 27, 2020 6:22 PM
**To:** Michael E. Byerts <Michael.Byerts@doj.ca.gov>; Darin Wessel <Darin.Wessel@doj.ca.gov>; Nahal Kazemi <nkazemi@kelleranderle.com>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Osinoff, Joanne (USACAC) <Joanne.Osinoff@usdoj.gov>; Benjamin G. Diehl <Benjamin.Diehl@doj.ca.gov>; Caroline C. Lam <Caroline.Lam@doj.ca.gov>; Thomas Patterson <Thomas.Patterson@doj.ca.gov>; Jennifer L. Keller <jkeller@kelleranderle.com>; Shaun Hoting <shoting@kelleranderle.com>; Kimberly Hall Barlow <khb@jones-mayer.com>; Tarquin Preziosi <tp@jones-mayer.com>; Courtney L. McKinney <cmckinney@kelleranderle.com>
**Cc:** Page, Leon <Leon.Page@coco.ocgov.com>; Knapp, Laura <Laura.Knapp@coco.ocgov.com>; Watson, Kayla <Kayla.Watson@coco.ocgov.com>
**Subject:** RE: City of Costa Mesa, et al. vs. USA, et al.; Case No. 8:20-CV-368-JLS-

Good Evening,

The County of Orange intends to file an *ex parte* application seeking leave of court to file an Amicus Curiae Brief in support of the Plaintiffs' request for a Temporary Restraining Order in the above-referenced litigation. Please note that any opposition must be filed no later than 24 hours after service of the *ex parte* application. We plan on filing our *ex parte* application tomorrow. Please advise whether you consent to the County filing an Amicus Curiae brief in this matter or whether you plan to oppose.

Thank you,

1

Marianne Van Riper
Senior Assistant County Counsel
Office of the Orange County Counsel
(714) 834-6020 (direct dial)

marianne.vanriper@coco.ocgov.com

*The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. It may therefore be protected from unauthorized use or dissemination by the attorney-client and/or attorney work-product privileges. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.*

and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

## Van Riper, Marianne

| | |
|---|---|
| **From:** | Jennifer L. Keller <jkeller@kelleranderle.com> |
| **Sent:** | Thursday, February 27, 2020 6:53 PM |
| **To:** | Van Riper, Marianne |
| **Cc:** | Michael E. Byerts; Darin Wessel; Nahal Kazemi; Beck, Daniel (USACAC); Osinoff, Joanne (USACAC); Benjamin G. Diehl; Caroline C. Lam; Thomas Patterson; Shaun Hoting; Kimberly Hall Barlow; Tarquin Preziosi; Courtney L. McKinney; Page, Leon; Knapp, Laura; Watson, Kayla |
| **Subject:** | Re: City of Costa Mesa, et al. vs. USA, et al.; Case No. 8:20-CV-368-JLS- |

On behalf of the City of Costa Mesa, we consent to the filing of the County's amicus brief.

Jennifer L. Keller
Keller/Anderle LLP
18300 Von Karman Ave Ste 930
Irvine, CA 92612
(949) 476-8700
https://kelleranderle.com

> On Feb 27, 2020, at 6:22 PM, Van Riper, Marianne <Marianne.VanRiper@coco.ocgov.com> wrote:
>
> Good Evening,
>
> The County of Orange intends to file an *ex parte* application seeking leave of court to file an Amicus Curiae Brief in support of the Plaintiffs' request for a Temporary Restraining Order in the above-referenced litigation. Please note that any opposition must be filed no later than 24 hours after service of the *ex parte* application. We plan on filing our *ex parte* application tomorrow. Please advise whether you consent to the County filing an Amicus Curiae brief in this matter or whether you plan to oppose.
>
> Thank you,
>
> Marianne Van Riper
> Senior Assistant County Counsel
> Office of the Orange County Counsel
> (714) 834-6020 (direct dial)
>
> marianne.vanriper@coco.ocgov.com
>
> *The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. It may therefore be protected from unauthorized use or dissemination by the attorney-client and/or attorney work-product privileges. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this*

1

*communication is strictly prohibited. You are also asked to notify us immediately by telephone and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation .*

and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

2

## Watson, Kayla

| | |
|---|---|
| **From:** | Jennifer Kim <Jennifer.Kim@doj.ca.gov> |
| **Sent:** | Friday, February 28, 2020 10:58 AM |
| **To:** | Watson, Kayla; Thomas Patterson; Cheryl Feiner |
| **Cc:** | Van Riper, Marianne; Michael E. Byerts; Darin Wessel; Nahal Kazemi; Beck, Daniel (USACAC); Osinoff, Joanne (USACAC); Benjamin G. Diehl; Caroline C. Lam; Jennifer L. Keller; Shaun Hoting; Kimberly Hall Barlow; Tarquin Preziosi; Courtney L. McKinney; MC.Sungaila@haynesboone.com; Page, Leon; Knapp, Laura |
| **Subject:** | Re: City of Costa Mesa, et al. vs. USA, et al.; Case No. 8:20-CV-368-JLS- |

State Defendants take no position on the County's ex parte application. Thank you.

Jennifer M. Kim
Supervising Deputy Attorney General
Department of Justice
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013
Direct: 213-269-6262
Fax: 213-897-2805

---

**From:** Watson, Kayla <Kayla.Watson@coco.ocgov.com>
**Sent:** Friday, February 28, 2020 9:41:50 AM
**To:** Thomas Patterson; Cheryl Feiner; Jennifer Kim
**Cc:** Van Riper, Marianne; Michael E. Byerts; Darin Wessel; Nahal Kazemi; Beck, Daniel (USACAC); Osinoff, Joanne (USACAC); Benjamin G. Diehl; Caroline C. Lam; Jennifer L. Keller; Shaun Hoting; Kimberly Hall Barlow; Tarquin Preziosi; Courtney L. McKinney; MC.Sungaila@haynesboone.com; Page, Leon; Knapp, Laura
**Subject:** RE: City of Costa Mesa, et al. vs. USA, et al.; Case No. 8:20-CV-368-JLS-

Mr. Patterson, Ms. Feiner, and Ms. Kim,

This email is to confirm that the state defendants received the email correspondence below regarding the County of Orange's intent to file an ex parte application seeking leave of court to file an *amicus* brief in support of Plaintiff request for a TRO. The County plans on filing the ex part application today. Please advise whether you consent to the County's filing an *amicus* brief or whether you plan to oppose.

Sincerely,

*Kayla N. Watson, Deputy County Counsel*
*Orange County Counsel's Office*
*Direct Phone: (714) 834-5206*
*Cell Phone: (714) 984-3703*

---

**From:** Thomas Patterson <Thomas.Patterson@doj.ca.gov>
**Sent:** Thursday, February 27, 2020 7:11 PM
**To:** Osinoff, Joanne (USACAC) <Joanne.Osinoff@usdoj.gov>
**Cc:** Van Riper, Marianne <Marianne.VanRiper@coco.ocgov.com>; Michael E. Byerts <Michael.Byerts@doj.ca.gov>; Darin Wessel <Darin.Wessel@doj.ca.gov>; Nahal Kazemi <nkazemi@kelleranderle.com>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Benjamin G. Diehl <Benjamin.Diehl@doj.ca.gov>; Caroline C. Lam

1

**Exhibit C - Page 8**

&lt;Caroline.Lam@doj.ca.gov&gt;; Jennifer L. Keller &lt;jkeller@kelleranderle.com&gt;; Shaun Hoting &lt;shoting@kelleranderle.com&gt;; Kimberly Hall Barlow &lt;khb@jones-mayer.com&gt;; Tarquin Preziosi &lt;tp@jones-mayer.com&gt;; Courtney L. McKinney &lt;cmckinney@kelleranderle.com&gt;; Page, Leon &lt;Leon.Page@coco.ocgov.com&gt;; Knapp, Laura &lt;Laura.Knapp@coco.ocgov.com&gt;; Watson, Kayla &lt;Kayla.Watson@coco.ocgov.com&gt;; Cheryl Feiner &lt;Cheryl.Feiner@doj.ca.gov&gt;
**Subject:** Re: City of Costa Mesa, et al. vs. USA, et al.; Case No. 8:20-CV-368-JLS-

+ Cheryl Feiner

**Thomas S. Patterson | Senior Assistant Attorney General | California Department of Justice**
Government Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco, CA 94102
*tel.* (415) 510-3609 | *fax* (415) 703-5843 | thomas.patterson@doj.ca.gov

On Feb 27, 2020, at 6:55 PM, Osinoff, Joanne (USACAC) &lt;Joanne.Osinoff@usdoj.gov&gt; wrote:

> Ms. Van Riper,
> Thank you for your email.
> The federal defendants take no position with respect to the ex parte application described below.
> Best,
> Joanne Osinoff
>
> **Joanne S. Osinoff | Assistant United States Attorney**
> **Chief | General Civil Section**
> **United States Attorney's Office | Central District of California**
> **Federal Building, Room 7516 | 300 N. Los Angeles St. | Los Angeles, California 90012**
> T: 213.894.6880| F: 213.894.7819 |Joanne.Osinoff@usdoj.gov
>
> **From:** Van Riper, Marianne &lt;Marianne.VanRiper@coco.ocgov.com&gt;
> **Sent:** Thursday, February 27, 2020 6:22 PM
> **To:** Michael E. Byerts &lt;Michael.Byerts@doj.ca.gov&gt;; Darin Wessel &lt;Darin.Wessel@doj.ca.gov&gt;; Nahal Kazemi &lt;nkazemi@kelleranderle.com&gt;; Beck, Daniel (USACAC) &lt;DBeck1@usa.doj.gov&gt;; Osinoff, Joanne (USACAC) &lt;JOsinoff@usa.doj.gov&gt;; Benjamin G. Diehl &lt;Benjamin.Diehl@doj.ca.gov&gt;; Caroline C. Lam &lt;Caroline.Lam@doj.ca.gov&gt;; Thomas Patterson &lt;Thomas.Patterson@doj.ca.gov&gt;; Jennifer L. Keller &lt;jkeller@kelleranderle.com&gt;; Shaun Hoting &lt;shoting@kelleranderle.com&gt;; Kimberly Hall Barlow &lt;khb@jones-mayer.com&gt;; Tarquin Preziosi &lt;tp@jones-mayer.com&gt;; Courtney L. McKinney &lt;cmckinney@kelleranderle.com&gt;
> **Cc:** Page, Leon &lt;Leon.Page@coco.ocgov.com&gt;; Knapp, Laura &lt;Laura.Knapp@coco.ocgov.com&gt;; Watson, Kayla &lt;Kayla.Watson@coco.ocgov.com&gt;
> **Subject:** RE: City of Costa Mesa, et al. vs. USA, et al.; Case No. 8:20-CV-368-JLS-
>
> Good Evening,
>
> The County of Orange intends to file an *ex parte* application seeking leave of court to file an Amicus Curiae Brief in support of the Plaintiffs' request for a Temporary Restraining Order in the above-referenced litigation. Please note that any opposition must be filed no later than 24 hours after service of the *ex parte* application. We plan on filing our *ex parte* application tomorrow. Please advise whether you consent to the County filing an Amicus Curiae brief in this matter or whether you plan to oppose.
>
> Thank you,

Marianne Van Riper
Senior Assistant County Counsel
Office of the Orange County Counsel
(714) 834-6020 (direct dial)

marianne.vanriper@coco.ocgov.com

*The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. It may therefore be protected from unauthorized use or dissemination by the attorney-client and/or attorney work-product privileges. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.*

and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92701, and my email address is vanessa.leiva@coco.ocgov.com. I am not a party to the within action.

I certify that I caused the foregoing **DECLARATION OF MARIANNE VAN RIPER IN SUPPORT OF COUNTY OF ORANGE'S EX PARTE APPLICATION AND MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS** to be served on February 28, 2020, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

| |
|---|
| **Daniel A Beck, Esq.** |
| AUSA - Office of US Attorney |
| 300 North Los Angeles Street Suite 7516 |
| Los Angeles, CA 90012 |
| Ph: 213-894-2574; Fax: 213-894-7819 |
| daniel.beck@usdoj.gov |
| Representing Defendants: |
| **The Centers for Disease Control and Prevention** |
| **The Department of Health and Human Services** |
| **The United States Air Force** |
| **The United States Department of Defense** |
| **United States of America** |
| **Matthew John Fletcher, Esq.** |
| Connor Fletcher and Hendencamp LLP |
| 2211 Michelson Drive Suite 1100 |
| Irvine, CA 92612 |
| Ph: 949-622-2600; Fax: 949-622-2626 |
| mfletcher@businesslit.com |
| Representing Movant: **Ocean View School District** |
| **Alison Sara Flowers, Esq.** |
| Tiffany Joy Israel, Esq. |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Aleshire and Wynder LLP<br>3880 Lemon Street Suite 520<br>Riverside, CA 92501<br>Ph: 951-241-7338; Fax: 951-300-0984<br>aflowers@awattorneys.com; tisrael@awattorneys.com<br>Representing Amicus: **City of Newport Beach**<br>CITY ATTORNEY'S OFFICE<br>Aaron Harp, Esq. aharp@newportbeachca.gov<br>100 Civic Center Dr.;Newport Beach, CA 92660; Ph: 949-644-3131; |
| 7<br>8<br>9<br>10<br>11<br>12<br>13 | **Nahal Kazemi, Esq.**<br>**Jennifer L Keller, Esq.**<br>Keller Anderle LLP<br>18300 Von Karman Avenue Suite 930<br>Irvine, CA 92612<br>Ph: 949-476-8700; Fax: 949-476-0900<br>nkazemi@kelleranderle.com<br>jkeller@kelleranderle.com<br>Representing Plaintiffs:<br>**City of Costa Mesa and Katrina Foley** |
| 14<br>15<br>16<br>17<br>18<br>19<br>20<br>21 | **Darin L Wessel,**<br>California Department of Justice<br>Office of the Attorney General<br>600 W. Broadway, Suite 1800<br>San Diego, CA 92101<br>Ph: 619-738-9125; Fax: 619-645-2581<br>darin.wessel@doj.ca.gov<br>Representing Defendants:<br>**The California Department of General Services**<br>**The California Governors Office of Emergency Services**<br>**The Department of Health and Human Services**<br>**The State of California** |
| 22<br>23<br>24<br>25<br>26<br>27<br>28 | Juan C Basombrio, Esq.<br>Siena M Caruso, Esq.<br>Dorsey and Whitney LLP<br>600 Anton Boulevard Suite 2000<br>Costa Mesa, CA 92626-7655<br>Ph: 714-800-1400; 714-800-1499 (fax)<br>basombrio.juan@dorsey.com; caruso.siena@dorsey.com<br>Representing Amicus:<br>**Orange County Business Council (Amicus)**<br>2 Park Plaza |

CERTIFICATE OF SERVICE

Suite 100
Irvine, CA 92614
Ph: 949-476-2242; 949-476-9240 (fax)

Philip D Kohn, Esq.
Rutan and Tucker LLP
611 Anton Boulevard Suite 1400
Costa Mesa, CA 92626-1931
Ph: 714-641-5100; 714-546-9035 (fax)
pkohn@rutan.com
Representing Amicus:
City of Laguna Beach (Amicus)

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  Executed in Santa Ana, California this 28th day of February, 2020.

                                        /s/
                                  Vanessa Leiva