# Exhibit B



**Executive Summary**

IDS Group, Inc. (IDS) has completed the Tier 1 seismic screening portion of the seismic evaluation study for the Fairview Development Center Acute Infirm Wards D, E, and F buildings in Costa Mesa, California.  The ASCE 41-17 Standard has been used for this project. These building are classified as Risk Category II.  Level of Seismicity is "High". The performance objective selected as per the standard is the Basic Performance Objective for Existing Buildings (BPOE).

Review of existing documents has been done for the original structural and architectural drawings of the buildings. The site walk-through of the building was conducted on December 18, 2019. During the walk-through evidence of recent seismic upgrades of the buildings became evident. These upgrades included addition of concrete shear walls at the exterior of the buildings in the long (N-S) direction. No drawings pertaining to the seismic upgrade were available for review.

Based on the evidence found showing a recent seismic upgrade, as well as verification by the facilities manager regarding the same, we conclude that these buildings are ASCE 41-17 "Benchmark" buildings deemed to comply with the ASCE 41 BPOE.

1 Peters Canyon Road, Suite 130 ▲ Irvine, California 92606 ▲ 949.387.8500 ▲ 949.387.0800 fax ▲ www.idsgi.com

## Structural Assessment

Building Description

The Fairview Development Center in Costa Mesa, California is a large healthcare developmental complex that includes multiple buildings of various shapes and sizes. Acute Infirm Ward Buildings D, E, and F are three identical buildings located in this complex. These buildings are 1-story with no basement levels and have a building floor area of approximately 25,000 square feet each. Each building is divided into 3 segments separated by 1½" expansion/separation joints. These joints separate the wider central section of the ward from its south and north "wings". They were constructed around 1956 according to the available structural drawings of the building. In addition to structural drawings, architectural drawings were also available for review. See Figure 1 below for a Google Earth image of the site. Based on Table 3-2 of the ASCE standard these building could qualify as a "Benchmark Building" of Type PC1a.



Figure 1: Google Earth Image, Acute Infirm Wards at Fairview Development Center, Costa Mesa, CA

Vertical Load Carrying System

The vertical load carrying system for these buildings consists of 6" concrete prestressed lift slab supported by concrete precast columns. Columns are all 12" square and spaced 19' apart in N-S direction and between 17'-6" and 24'-6" apart in E-W direction. Columns are supported on concrete square spread footings varying in size between 3'-8" and 4'-6".

Lateral Load Carrying System

The lateral load carrying system consists of reinforced concrete roof diaphragm and reinforced concrete shear walls. Shear walls are located at the exterior as well as the interior of the building. The original walls of the building are typically 9" thick. In addition, concrete shear walls at the exterior of

Fairview Development Center – Homeless Housing Study
January 03, 2020

the south and north wings of the buildings were recently added. These walls were measured to be approximately 10' long and 13" thick. Figure 2 is a photograph of one of these added walls. The structural drawings of the upgrade that included addition of these walls were not available for review.



**Figure 2: Recently added concrete shear walls at the exterior of the buildings**

Seismic Assessment

Per ASCE 41-17 a Performance Objective shall consist of one or more pairings of a selected Seismic Hazard Level, with a target Structural Performance Level. The Basic Performance Objective for Existing Buildings (BPOE) has been selected for this project. The BPOE specifies a performance objective that varies with Risk Category, in accordance with Table 2-1 of the referenced document. The scope of the assessment required for Tier 1 screening is in accordance with Table 2-2 of the referenced document. This building falls into Risk Category II as noted in Tables 2-1 and 2-2. Figure 3 contains these two tables from ASCE 41-17. The site soil type has been assumed to be Site Class D.

Fairview Development Center – Homeless Housing Study
January 03, 2020

**Table 2-1. Basic Performance Objective for Existing Buildings (BPOE)**

| Risk Category | BSE-1E | BSE-2E |
|---|---|---|
| I and II | Life Safety Structural Performance; Life Safety Nonstructural Performance (3-C) | Collapse Prevention Structural Performance; Hazards Reduced Nonstructural Performance[a] (5-D) |
| III | Damage Control Structural Performance; Position Retention Nonstructural Performance (2-B) | Limited Safety Structural Performance; Hazards Reduced Nonstructural Performance[a] (4-D) |
| IV | Immediate Occupancy Structural Performance; Position Retention Nonstructural Performance (1-B) | Life Safety Structural Performance; Hazards Reduced Nonstructural Performance[a] (3-D) |

[a] Compliance with ASCE 7 provisions for new construction is deemed to comply.

**Table 2-2. Scope of Assessment Required for Tier 1 and Tier 2 with the Basic Performance Objective for Existing Buildings (BPOE)**

| Risk Category | Tier 1 and 2[a] BSE-1E | Tier 1 and 2[a] BSE-2E |
|---|---|---|
| I and II | Not evaluated; Life Safety Nonstructural Performance (3-C) | Collapse Prevention Structural Performance; Hazards Reduced Nonstructural Performance[b] (5-D) |
| III | Not evaluated; Position Retention Nonstructural Performance (2-B) | Limited Safety Structural Performance[c]; Hazards Reduced Nonstructural Performance[b] (4-D) |
| IV | Immediate Occupancy Structural Performance; Position Retention Nonstructural Performance (1-B) | Life Safety Structural Performance[d]; Hazards Reduced Nonstructural Performance[b] (3-D) |

**Figure 3: Tables 2-1 and 2-2 from ASCE 41-17**

As is apparent from these tables, there is a significant difference between 2017 and 2013 editions of ASCE 41 with respect to setting the performance objective: For Tier 1 and Tier 2 evaluation of most buildings, while ASCE 41-13 used BSE-1E level seismic forces for checking the building for Life Safety, ASCE 41-17 uses BSE-2E level seismic forces for checking the building for Collapse Prevention. BSE-2N parameters must be used to determine the level of seismicity per ASCE 41-17. The above approach has been adopted by IDS and will be used for the seismic evaluation of these buildings.

ASCE 41 evaluation involves determining the Performance Level, Seismic Hazard Level, and Level of Seismicity for the project. The Performance Level of Collapse Prevention (CP) in response to the BSE-2E hazard level has been determined for this project per tables 2-1 and 2-2 of ASCE 41-17 which define the Basic Performance Objective for Existing Buildings (BPOE). Considering the latitude and longitude of this building (33.663°N, 117.928°W), the $S_{DS}$ and $S_{D1}$ parameters at the BSE-2N level are 0.901 g and 0.586 g respectively. Therefore, the Level of Seismicity is determined to be High per table 2-4 of ASCE 41-17.

Seismic design parameters for the site were obtained from the USGS seismic design map. For BSE-2E earthquake level, the value of spectral response acceleration parameter at a 1-s period for site class D (default), $S_{x1}$, is 0.668 g. The period of the building is calculated as 0.117 s resulting in a spectral acceleration, $S_a$, value governed by the upper bound $S_{xs}$ value of 1.079 g. This value is used in calculating the pseudo seismic force used in Tier 1 screening of the building

The summary data sheet of ASCE 41-17 for this building is shown in Figure 4.

Fairview Development Center – Homeless Housing Study
January 03, 2020

# Appendix C: Summary Data Sheet

**BUILDING DATA**

Building Name: Fairview Development Center - Acute Wards D, E, and F    Date: 12/30/2019
Building Address: 2501 Harbor Blvd Costa Mesa, CA 92626
Latitude: 33.663    Longitude: -117.928    By: MK
Year Built: 1956    Year(s) Remodeled: Unknown    Original Design Code: 1952 UBC (assumed)
Area (sf): 25,000 sq ft each unitd    Length (ft): 384'    Width (ft): 99'
No. of Stories: 1    Story Height: 10'-6"    Total Height: 10'-6"

**USE**  ☐ Industrial  ☐ Office  ☐ Warehouse  ☑ Hospital  ☐ Residential  ☐ Educational  ☐ Other: _____

**CONSTRUCTION DATA**

Gravity Load Structural System: 6" prestressed concrete lift slab supported by precast concree columns
Exterior Transverse Walls: 6" precast concrete panels / Glass    Openings? Yes
Exterior Longitudinal Walls: 6" precast concrete panels / Glass    Openings? Yes
Roof Materials/Framing: Built-up roofing over prestressed concrete lift slab
Intermediate Floors/Framing: N/A
Ground Floor: 5½" concrete slab on grade
Columns: 12" square precast concrete columns    Foundation: Spread footings under columns
General Condition of Structure: Good
Levels Below Grade? No
Special Features and Comments: Evidence of building alterations including additions at building ends were found, no drawings were available.

**LATERAL-FORCE-RESISTING SYSTEM**

|  | Longitudinal | Transverse |
|---|---|---|
| System: | Precast concrete shear walls with stiff diaphragms | Precast concrete shear walls with stiff diaphragms |
| Vertical Elements: | Precast concrete shear walls | Precast concrete shear walls |
| Diaphragms: | 6" prestressed concrete lift slab | 6" prestressed concrete lift slab |
| Connections: | #4 dowels @ 24" O.C. | #4 dowels @ 24" O.C. |

**EVALUATION DATA**

BSE-2N Spectral Response Accelerations:   $S_{Ds}$= 0.901    $S_{D1}$= 0.586
Soil Factors:   Class= D (Assumed)    $F_a$= 1.0    $F_v$= 1.816
BSE-2E Spectral Response Accelerations:   $S_{xs}$= 1.079 g    $S_{x1}$= 0.668 g
Level of Seismicity:   High    Performance Level: Collapse Prevention for BSE-2E
Building Period:   T= 0.117
Spectral Acceleration:   $S_a$= 1.079
Modification Factor:   $C_m C_1 C_2$= 1.4    Building Weight: W= N/A
Pseudo Lateral Force:   V= 1.51W    $C_m C_1 C_2 S_a W$=

**BUILDING CLASSIFICATION:** Precast concrete shear walls with stiff diaphragms - PC1a

**REQUIRED TIER 1 CHECKLISTS**    Yes    No
Basic Configuration Checklist    ☐  ☐
Building Type PC Structural Checklist    ☐  ☐
Nonstructural Component Checklist    ☐  ☐

**FURTHER EVALUATION REQUIREMENT:** _____

Figure 4:  ASCE 41-17 summary sheet

Fairview Development Center – Homeless Housing Study<br>January 03, 2020

**Conclusion and Recommendations**

The apparently recent seismic upgrade of these buildings included the addition of new concrete shear walls and therefore these buildings are designated "Benchmark" buildings per ASCE 41-17. While no drawings pertaining to the seismic upgrade were available, IDS has based this conclusion upon field observed evidence of the recent upgrade, as well as verification (in person, verbal) by the facilities manager. Therefore, these buildings are deemed to comply with the basic safety objective (BPOE, structural only) of the ASCE 41-17 standard and no structural retrofit is recommended at this point in time.

