| | |
|---|---|
| 1 | Jennifer L. Keller, SBN 84412 |
| 2 | jkeller@kelleranderle.com |
|   | Nahal Kazemi, SBN 322026 |
| 3 | nkazemi@kelleranderle.com |
|   | KELLER/ANDERLE LLP |
| 4 | 18300 Von Karman Avenue, Suite 930 |
|   | Irvine, CA 92612 |
| 5 | T: (949) 476-8700 |
|   | F: (949) 476-0900 |
| 6 | |
| 7 | Kimberly Hall Barlow, SBN 149902 |
|   | kimberly.barlow@costamesaca.gov |
| 8 | 77 Fair Drive |
|   | Costa Mesa, CA 92626 |
| 9 | T: (714) 754-5000 |
| 10 | |
|    | Attorneys for Plaintiffs, |
| 11 | CITY OF COSTA MESA and KATRINA FOLEY |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| CITY OF COSTA MESA and KATRINA FOLEY, | Case No. 8:20-cv-00368-JLS-JDE |
| Plaintiffs, | **DECLARATION OF NAHAL KAZEMI IN SUPPORT OF THE PARTIES' JOINT STATUS REPORT** |
| vs. | |
| UNITED STATES OF AMERICA, THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, THE UNITED STATES DEPARTMENT OF DEFENSE, THE UNITED STATES AIR FORCE, THE CENTERS FOR DISEASE CONTROL AND PREVENTION, THE STATE OF CALIFORNIA, FAIRVIEW DEVELOPMENTAL CENTER (FAIRVIEW), THE CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES, and THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES | |
| Defendants. | |

I, Nahal Kazemi, declare as follows:

1. I am senior counsel at Keller/Anderle LLP, counsel of record for Plaintiffs City of Costa Mesa and Katrina Foley *in City of Costa Mesa and Katrina Foley vs. United States, et al.* I have personal knowledge of the information stated below and could testify to it under oath.

2. Attached as **Exhibit 1** is a true and correct copy of the County and City's questions posed to Defendants and related attachments on February 25, 2020, as ordered by this Court.

3. Attached as **Exhibit 2** is a true and correct copy of the Agenda circulated by the County of Orange for the February 27, 2020 meeting among the Parties and the County of Orange.

4. Attached as **Exhibit 3** is a true and correct copy of the CDC's Interim Guidance for Implementing Home Care of People Not Requiring Hospitalization for 2019 Novel Coronavirus (2019-nCoV); downloaded from: https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-home-care.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fguidance-home-care.html.

5. Attached as **Exhibit 4** is a true and correct copy of the CDC's transmission protocols, including droplet protocols. Downloaded from: https://www.cdc.gov/infectioncontrol/basics/transmission-based-precautions.html#anchor_1564058155.

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge and recollection.

Executed on February 28, 2020.

                                */s/ Nahal Kazemi*
                                Nahal Kazemi