| | |
|---|---|
| 1 | Jennifer L. Keller, SBN 84412 |
| 2 | jkeller@kelleranderle.com |
|   | Nahal Kazemi, SBN 322026 |
| 3 | nkazemi@kelleranderle.com |
|   | KELLER/ANDERLE LLP |
| 4 | 18300 Von Karman Avenue, Suite 930 |
|   | Irvine, CA 92612 |
| 5 | T: (949) 476-8700 |
|   | F: (949) 476-0900 |
| 6 | |
| 7 | Kimberly Hall Barlow, SBN 149902 |
|   | kimberly.barlow@costamesaca.gov |
| 8 | 77 Fair Drive |
|   | Costa Mesa, CA 92626 |
| 9 | T: (714) 754-5000 |
| 10 | |
|    | Attorneys for Plaintiffs, |
| 11 | CITY OF COSTA MESA and KATRINA FOLEY |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| CITY OF COSTA MESA and KATRINA FOLEY, | Case No. 8:20-cv-00368-JLS-JDE |
| Plaintiffs, | **PLAINTIFFS' RESPONSE TO FEDERAL DEFENDANTS' NOTICE OF MOOTNESS** |
| vs. | |
| UNITED STATES OF AMERICA, THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, THE UNITED STATES DEPARTMENT OF DEFENSE, THE UNITED STATES AIR FORCE, THE CENTERS FOR DISEASE CONTROL AND PREVENTION, THE STATE OF CALIFORNIA, FAIRVIEW DEVELOPMENTAL CENTER (FAIRVIEW), THE CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES, and THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES | |
| Defendants. | |

Plaintiffs City of Costa Mesa and Katrina Foley respectfully request this Court not grant the Federal Defendants request to dissolve the TRO and dismiss this action as moot before the Parties have the opportunity to be heard at the hearing currently scheduled for Monday, March 2, 2020. Plaintiffs respectfully request this opportunity so they can better understand Defendants' positions and whether the FDC will be considered for isolation or quarantine relating to COVID-19 for infected persons other than the ones recently considered.

A case is not rendered moot by a defendant's voluntary cessation of conduct which it can simply begin anew, because "dismissal for mootness would permit a resumption of the challenged conduct as soon as the case is dismissed." *Knox v. Serv. Emps. Int'l Union, Local 1000*, 132 S.Ct. 2277, 2287 (2012); *Rosebrock v. Mathis*, 745 F.3d 963, 971 (9th Cir. 2014).

Plaintiffs here challenged a flawed, unreasonable decision-making process that wrongly excluded county and local professionals and government leaders. We are at the very beginning of the public health crisis the Coronavirus presents. We must ensure that this same flawed process, lacking in communication and coordination with public health and safety professionals is not repeated.

Dated: February 28, 2020            KELLER/ANDERLE LLP
                                                         Jennifer L. Keller
                                                         Nahal Kazemi

                                   By:   /s/   Jennifer L. Keller
                                               Jennifer L. Keller
                                             *Attorneys for Plaintiffs City of Costa Mesa and Katrina Foley*